FILED

2023 MAR 23  PM 2: 21

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY___EEE____

NICHOLAS PHIPPS WHITE
ceo@thehollywoodlanddevelopmentcompany.com
324 South Beverly Drive, Suite 489
Beverly Hills, California 90212
Phone: (415) 539-6760
Facsimile: (310) 203-0302
Pro Per for Plaintiff

# UNITED STATED DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS PHIPPS WHITE, a citizen of California; <br><br> Plaintiff. <br> vs. <br><br> ANYWHERE REAL ESTATE, INC., BANK OF AMERICA CORPORATION, AND FIDELITY NATIONAL FINANCIAL, INC. <br><br> Defendants. | CASE NO.:  2:22-CV-04557-GW (MAAx) <br><br> **(VERIFIED) FIRST AMENDED COMPLAINT** <br><br> Complaint Filed: July 2, 2022 <br> Judge: Hon. George H. Wu <br> Ctrm: 9D, 9th Floor |

BY FAX

## A.   THE PARTIES

1.     The Plaintiff, NICHOLAS PHIPPS WHITE, (referred to as "Plaintiff WHITE") is a U.S. citizen born in Yale-New Haven Hospital in Yale, New Haven, CT born on February 14, 1969.  Since August 2017, Plaintiff WHITE is a California citizen permanently residing in California with his wife, 52-year old Mirga Phipps White MBA, Plaintiff WHITE's attorney-in-fact, married since July 21, 2010.

2.      Plaintiff WHITE is the Chairman and CEO of California based The Hollywood Land Development Company, LLC. Plaintiff WHITE is the 100 percent owner of The Hollywood Land Development Company, LLC incorporated and place of business in California (California Secretary of State No. 201521610145) in California.

3.      Plaintiff WHITE is the 100% owner of the Sovereign Towers project consisting of Sovereign Towers I and II. Sovereign Tower I was to feature an 800-room Marriott dual-branded Ritz-Carlton, St. Regis luxury hotel sold to the Kingdom of Saudi Arabia Public Investment Fund. Plaintiff WHITE's father, Laurence Phipps White, Yale-educated AIA architect, serves as The Sovereign Towers Managing Director and has been a decades long customer of Merrill Lynch.

4.      Plaintiff WHITE is a Bank of America Corporation customer, who opened his personal and business accounts for himself and The Hollywood Land Development Company, LLC (California Secretary of State) on January 22, 2019 at the Bank of America location on 9454 Wilshire Blvd, Beverly Hills, CA 90212 with a U.S. passport and California driver's license, attached in Exhibit "1." Plaintiff WHITE'S wife Mirga Phipps White served as a signer on the account.

5.      Plaintiff WHITE is the great-great grandson of U.S. Senator Lawrence C. Phipps of Denver, Colorado, former Treasurer of Carnegie Steel and also the architect of the creation of the U.S. Steel. Additionally, The Merrill Lynch headquarters was housed in the U.S. Steel Building.

6.      Plaintiff WHITE'S father, Lawrence Phipps White a Merrill Lynch customer, attended Yale University with Bank of America Global Chairman U.S. Senator John Kerry, who was born in Denver, Colorado and remained acquaintances in Washington D.C., until former Senator Kerry's departure in fall of 2019 upon the discovery of Plaintiff WHITE'S global Merrill Lynch tax-free business account. This global tax-free business account prevents the IRS from having any jurisdiction and it was illicitly opened on June 7, 2019 with forged Merrill Lynch Trust documents that

were illicitly executed at Girardi Law Offices with forged signatures by Girardi and a fabricated "Erika White" posing as the wife of Chairman and CEO Nicholas Phipps White of The Hollywood Land Development Company, LLC.

7.    Defendants in this case, BANK OF AMERICA CORPORATION; ANYWHERE REAL ESTATE, INC. and FIDELITY NATIONAL FINANCIAL, INC. (referred to as "Defendants BANK OF AMERICA CORPORATION; ANYWHERE REAL ESTATE, INC. and FIDELITY NATIONAL FINANCIAL, INC.") following:

| DEFENDANT | DEFENDANT OWNED BY | DEFENDANT PERSONNEL |
|---|---|---|
| BANK OF AMERICA CORPORATION NYSE: BAC Previously Bank of Italy HQ: Charlotte, North Carolina 2022 Revenues: $94.95B Employees:217,000 Brands: Bank of America NA, Merrill Lynch, Private Bank | Berkshire Hathaway NYSE: BRK A HQ: Omaha, Nebraska Owner: Warren Buffett 2022 Revenues: $302B Employees:36,000 Incorporated: DE Brands: Kraft-Heinz | Chairman/CEO Brian T. Moynihan Esq.; former Bank of America Global Chairman John F. Kerry, Merrill Lynch CEO Andrew Sieg Private Bank President Katy Knox |
| ANYWHERE REAL ESTATE, INC. NYSE: HOUS (Formerly REALOGY HOLDINGS) HQ: Madison, New Jersey 2021 Revenues: $7.21B Employees: 9,665, Brands: Coldwell Banker, West Coast Escrow, Sotheby's International, Century 21 | Apollo Global Management NYSE: APO HQ: New York, NY Former CEO Leon Black, CEO Mark Rowan 2022 Revenues: 10.9B Employees: 2,540 | CEO: Ryan M. Schneider, former Vice President Tim Foley, Former Coldwell Banker CEO Ryan Gorman, West Coast Escrow President Patrick Frasier |
| FIDELITY NATIONAL FINANCIAL NYSE: FNF HQ: Jacksonville, FL 2022 Revenues: $11.55B Employees: 21,759 Brands: Fidelity National Title | The Vanguard Group, Inc. (private) HQ: Malvern, PA 2020 Revenue: $6.93B Employees:18,800 | CEO: Raymond R. Quirk, President Michael J. Nolan Justin Scott Albert Wasiff |

Table 1: The Defendants

**B.**   **JURISDICTION AND VENUE**

8.      The parties, Plaintiff WHITE and Defendants BANK OF AMERICA
CORPORATION, ANYWHERE REAL ESTATE, INC. and FIDELITY NATIONAL
FINANCIAL, INC. are all citizens of different states and have an amount in
controversy greater than $75,000. Plaintiff WHITE was born on February 14, 1969 in
New Haven, CT. Plaintiff WHITE and his wife Mirga Phipps White MBA, are both
permanent citizens of the State of California since 2017. The Court has subject matter
jurisdiction over this matter because Plaintiff has verified complete diversity of
citizenship, a corporation is considered to be a citizen of both its state of incorporation
and its principal place of business:

| Plaintiff WHITE, CITIZEN OF CALIFORNIA | | |
|---|---|---|
| DEFENDANTS | CITIZENSHIP | AMOUNT IN CONTROVERSY |
| BANK OF AMERICA CORPORATION | NORTH CAROLINA DELAWARE* | $27,459,774,612 |
| ANYWHERE REAL ESTATE, INC. | NEW JERSEY DELAWARE* | $118,343,3434 (Spelling Manor) $55,000,000 (71 Beverly Park) |
| FIDELITY NATIONAL, INC. | FLORIDA DELAWARE* | $55,000,000 (Chateau Dubrow) |

Table 2: Diversity of Citizenship (*State of Incorporation)

9.      In fact, a federal court can have subject matter jurisdiction on the basis of
diversity jurisdiction under 28 U.S.C. § 1332 when a plaintiff alleges claims that: (1)
are between citizens of different states, and (2) have an amount in controversy greater
than $75,000.  See 28 U.S.C. § 1332(a).

10.     Moreover, for diversity purposes, a person is a "citizen" of the state in
which he is domiciled of which Plaintiff WHITE is in California.  See Kantor v.
Wellesley Galleries Ltd., 704 F.2d 1088, 1090 (9th Cir. 1983).  A person is domiciled
in a location "where he or she has established a 'fixed habitation or abode in a

particular place, and [intends] to remain there permanently or indefinitely.' "Lew v. Moss, 797 F.2d 747, 749-50" (9th Cir. 1986), (quoting Owens v. Huntling, "115 F.2d 160, 162" (9th Cir. 1940).

## C. GENERAL ALLEGATIONS

11.    Beginning at least as early as in or around April 2018 and continuing through at least in or around February 17, 2023, defendants BANK OF AMERICA CORPORATION, ANYWHERE REAL ESTATE, INC. and FIDELITY NATIONAL FINANCIAL, INC., together with others known and unknown, knowingly and with intent to defraud, participated in, devised, and executed a scheme to defraud Plaintiff to whom Defendant BANK OF AMERICA CORPORATION had agreed to provide banking services, of which BANK OF AMERICA CORPORATION had a duty to disclose the fraud to Plaintiff WHITE.

12.    The fraudulent scheme against Plaintiff WHITE, was code named "Project Phoenix" by the Defendants BANK OF AMERICA, ANYWHERE REAL ESTATE, INC. and FIDELITY NATIONAL FINANCIAL, INC. Whereby, 54-year old Plaintiff WHITE was said to have diagnosed "prostate cancer" and had died, with his remains cremated after being on hospice at "The Palace", a senior retirement home (1151 West 6th St. Los Angeles, CA) a block away from the now defunct Girardi Keese law firm.

13.    Plaintiff WHITE met with now disbarred and Italian born Thomas V. "Tom" Girardi, which records show arrived in Los Angeles in 1954. Interviews for attorneys took place the week of March 26, 2018, to include Gibson, Dunn & Crutcher LLP Los Angeles, CA 90067 and Girardi Keese law firm located at 1126 Wilshire Boulevard, Los Angeles, CA 90017. However, Pro Se Plaintiff WHITE, has not seen Thomas V. Girardi in California for close to five years since May 14, 2018. During the three meetings in 2018 Girardi exhibited a suspect shaking right arm and could not confirm the particulars of his alleged birth place of Denver, Colorado. Plaintiff WHITE

never hired Girardi, Gibson, Dunn and Kutcher, or any other firm, for resolving the U.S. Tort Claim and remained Pro Se.

14.     Defendant BANK OF AMERICA CORPORATION continues to spread disinformation that the Plaintiff is not only deceased but that Tom Girardi was an attorney and has attorney-client privilege or claim to Plaintiff WHITE'S funds, despite letters from Girardi contradicting this, attached Exhibit "10."

| Date of In-person Meetings with Thomas V. Girardi, Girardi Keese | Notes |
|---|---|
| March 28, 2018, 10AM PT | Introductory meeting with 83-year old Thomas V. Girardi and 72-year old secretary Shirleen Fujimoto. Tom Girardi confirmed that he had strong relationships in Washington, DC in-place with former Saudi Ambassador to the United States, Prince Turki who Virginia Resident Jamal Khashoggi worked for at the Washington, D.C. embassy whose remains have not been found. |
| April 16, 2018,10:45 AM PT | Follow-up meeting with Tom Girardi. |
| May 14, 2018, 3:00 PM PT | Final meeting with Girardi. |

Table 3: All Meetings in California with Girardi

15.     Furthermore, Plaintiff WHITE'S contract funds consisting of currency and gold were laundered by Defendants BANK OF AMERICA CORPORATION, ANYWHERE REAL ESTATE, INC. and FIDELITY NATIONAL FINANCIAL, INC. into the California Wildfire Fund, stock buy backs, real estate, luxury vehicles, in addition, to Merrill Lynch VISA debit cards.

16.     The Defendants' scheme operated, in the following manner:

| DEFENDANTS' PROJECT PHOENIX SCHEME | |
|---|---|
| STEP 1: Impersonate Customer and his wife with forged opening account documents (no business or personal relations in Coral Gables, Florida or Detroit, Michigan. Work with an attorney with more than 200 California Bar complaints spanning 40 years | Bank of America approved opening of global tax-free Merrill Lynch account in Coral Gables, with forged Merrill Lynch Trust documents and forged power of attorney signed by a Nicholas |

| | |
|---|---|
| Tom Girardi, to falsify birth, death and marriage documents, trust documents, forge power-of attorneys and falsely pose as the Victims attorney/attorney-in-fact. Girardi had long term relationships in place with Bank of America's owner, fellow Pasadena resident Charlie Munger, attorney Bank of America Chairman/CEO Brian T. Moynihan, and Bank of America Global Chairman former U.S. Senator John Kerry. | White and a manufactured Erika White at now defunct Girardi offices in Los Angeles. Fraudulent Trust documents prepared by Girardi's legal associate estate attorney Richard Walden, formerly Burris, Schoenberg, Walden LLP of Los Angeles, CA. As reported to AG Garland, Girardi associate attorney Don Burris in December 2019 and in January 2021 with the assistance of former FBI agent Babak Broumand continued to intimidate and threaten Plaintiff WHITE and his wife, Mirga if a complaint to the California Bar on the fraudulent trust at Defendant Bank of America was sent.  Bank of America $25B stock buyback with Plaintiff's funds, see attached Exhibit "2." |
| STEP 2: Intentionally Change Customers Identifying KYC (know your Customer) Data with fraudulent ID and Marriage Certificate, and fraudulent Los Angeles address 1200 S. Grand Ave, Apt 550, Los Angeles, CA 90015. Berkshire Hathaway Vice Chairman attorney and fellow Pasadena resident friend of Girardi's, Charlie Munger advertises Erika White in *The Daily Journal* attach "Exhibit 3" who resigned on March 28, 2022 after the Girardi Grand Jury was impaneled in March 2022. | Bank of America intentionally accepts: fraudulent Italian passport from Italian consulate in San Francisco of a Nicholas "Britt" White" with an incorrect birth date of September 21, 1987. "Britt" the Celtic origin of "fire." Fraudulent Marriage Certificate of a Nicholas Britt White and Erika Pope White per Exhibit "3." Accept fraudulent address for Nicholas White issue Bank of America N.A. credit cards. Change customers citizenship to Italian, birth date and parent's names to a "David Britt White" and "Linda Chavez Olivier" see attached Exhibit "3." |

| | |
|---|---|
| STEP THREE: Obtain Fraudulent Death Certificate/Letters of Probate from Girardi substitute Judge associates. Use Plaintiff's funds to pay Dr. Torosyan to sign a Bank of America related property. On or about July 5, 2022, Dr. Torosyan admits taking payment to pay off medical school loans. A complaint was filed by the Plaintiff to the Medical Board of California, attached as Exhibit "3." | Bank of America accepts an unrecorded death certificate and Letters of Administration with an Erika Girard who as the Administrator of the account. Then, falsify medical records at Oakland, CA based Kaiser Permanente for a Nicholas White, Kaiser Medical record number: 23244396, last appointment on May 16, 2019 with urology specialist fraudulently indicating cancer. |

Table 4: Defendants' Scheme to Defraud

**Embezzlement of Plaintiff's Funds**

17.     In or about May 2020 Plaintiff WHITE, serving as Pro Se, negotiated a settlement of the U.S. Tort Claims# 164222575, 164222576, 164222577 with the U.S. government provided to Defendant BANK OF AMERICA CORPORATION in addition to Plaintiff WHITE'S and his wife's last will and testament. The U.S. government was represented by former attorney Thomas V. Girardi. The terms of the settlement provided that Plaintiff would be paid $27,829,774,612.

18.     Between in or about June 2018 and in or about February 2023, as a result of this scheme to defraud, the Defendants BANK OF AMERICA allowed money and property belonging to Plaintiff in the excess of $27,829,774,612 to be embezzled and stolen by DEFENDANTS BANK OF AMERICA CORPORATION.

19.     Defendants used the Plaintiff WHITE'S funds for: (a) $25,000,000,000 purchase by Defendant BANK OF AMERICA CORPORATION for stock buy-back with Plaintiff WHITE'S currency; (b) $2,745,977,416 billion transfer of fraudulent attorney's fees to Tom Girardi at Camden Capital Partners of Los Angeles, CA; (c) at least three real estate transactions, that were disguised as anonymous purchases (d) 35+ Merrill Lynch VISA Debit Cards from Plaintiff NICHOLAS PHIPPS WHITE'S

Merrill Lynch account #649-13284; (e) luxury vehicle for Defendants associates Tom and Erika Girardi; (f) transfer of fraudulent "management fees" to Carlyle Group related Archer Systems/Investments; and, (g) theft of two sets of Plaintiff WHITE'S Sovereign Towers U.S. Gold Bullion to foreign buyers and Defendant BANK OF AMERICA CORPORATION.

**CURRENCY**

20.    On February 26, 2021 Defendant BANK OF AMERICA CORPORATION accepts signed Plaintiff WHITE's U.S. Treasury Tort Claim Check from Treasury employee Shirley E. Gathers in the amount of $27,459,774,612, endorsed by Erika N. Girardi posing as an Erika White and serving as the Administrator (Probate) into Nicholas Phipps White's Merrill Lynch account #649-13284.

21.    On or about March 1, 2021, Defendant BANK OF AMERICA CORPORATION wired approximately 10% ($2,745,977,461) of Plaintiff WHITE'S U.S. Treasury Tort Claim Check for fraudulent "attorney's fees and costs" for Tom Girardi, the U.S. government's attorney for Tort Claims# 164222575, 164222576, 16422577 to Camden Capital Partners, LLC of Los Angeles, CA, owned by Girardi's friend, Jason Sugarman, whose Controller was the missing accountant Heidi Planck. On January 11, 2023 the SEC had obtained a Final Judgment against Sugarman, who was charged in the $43 million Tribal Bond Scheme.

22.    On or around April 2021, Defendant BANK OF AMERICA CORPORATION embezzles $14,000,000,000 from Plaintiff WHITE'S account, disguised as a part of a $25B Bank of America stock buy-back plan, see Exhibit "2."

23.    On or around October 20, 2021, Defendant BANK OF AMERICA CORPORATION embezzles the remaining $11,000,000,000 of Plaintiff WHITE'S U.S. Treasury check disguised part of a $25B Bank of America stock buy-back plan. Furthermore, Plaintiff WHITE successfully completes "proof of life" for his Merrill Lynch account #649-13284 at approximately 1:30 PM on October 20, 2021 with Bank

of America VP of Operations Susie De La Cruz.  Additionally, Camden Capital

Partners Controller Heidi Planck is reported missing by her family.  Subsequently,

Defendant ANYWHERE REAL ESTATE, INC. in New Jersey retains wrongful death

attorney and later changes their name from Realogy in June 2022.

24.   On or around November 15, 2021, Defendant BANK OF AMERICA

CORPORATION'S legal representative from Berkshire Hathaway, Shelby Rootenberg

Esquire provides Plaintiff WHITE the Defendant BANK OF AMERICA

CORPORATION'S Officers and Directors (O&D) Insurance of Marsh GLT Specialty.

Thereafter, Defendant BANK OF AMERICA CORPORATION'S Chairman and CEO

Attorney Brian T. Moynihan Esquire blocks Plaintiff WHITE'S e-mail messages, after

more than 104 email requests from the Plaintiff for the return of his funds.

25.   On or around November 18, 2021, Defendant BANK OF AMERICA

CORPORATION'S Merrill Lynch confirms to customer Plaintiff WHITE that his

Merrill Lynch account no. 649-13284, which was originally opened in Coral Gables,

Florida, had been moved without his permission to Merrill Lynch Auburn Hills,

(Detroit) Michigan area. Merrill Lynch also confirmed that Plaintiff's Merrill Lynch

account no. 649-13284 has Tom Girardi's social security XXX-XX-5134 attached to it.

**REAL ESTATE**

26.   On or about the following dates, Defendants BANK OF AMERICA

CORPORATION, ANYWHERE REAL ESTATE, INC. and FIDELITY NATIONAL

FINANCIAL, INC., aided and abetted each other, for the purpose of executing the

above-described "Project Phoenix" scheme to defraud, transmit, and initiate the

transmission by means of wire communication in interstate commerce to buy main

residence and beach properties for Tom and Erika Girardi. Properties also included: a

$1,030,000 property in April 14, 2022 for Girardi's secretary Shirleen Fujimoto in

Oahu, Hawaii after the March 2022 Grand Jury convened, family members of cast

members of the Real Housewives franchises, such as a property for a Hilton family

member in $8.4M Malibu, California in June 14, 2021 purchased from deceased Universal Chairman Tom Pollock Estate, a $1,070,750 property in Bradford, New Hampshire in December 13, 2019, a $4,350,000 property across the Italian Consulate in San Francisco in November 8, 2019, and a $460,770 property in Plainfield, Indiana in March 30, 2022 for the Defendants to continue to hide and conceal Plaintiff WHITE'S U.S. Gold Bullion from the United States Department of Justice, as part of the May 2020 Tort Claim Settlement with the Plaintiff.

27.     In fact, Defendants BANK OF AMERICA CORPORATION, ANYWHERE REAL ESTATE, INC, FIDELITY NATIONAL FINANCIAL ensured transactions were disguised as purchase by an "anonymous buyer" in most cases, with at least eight known properties across the United States to include: the Spelling Manor in California, July 2019, and even after the Federal Grand Jury in 2022 in California, Defendants continued to aid and abet Tom and Erika Girardi.

28.     On May 27, 2022, the Defendants received multiple demand letters from Plaintiff starting in May 2022-July 1, 2022, including the Third Amended Complaint filed on April 15 2022, in regards to Nicholas Phipps White vs. Bank of America N.A./Merrill Lynch, were sent to Defendant ANYWHERE REAL ESTATE, INC. Based on numerous calls to West Coast Escrow President Mr. Patrick Frasier, who was aware that fraud occurred on the subject title for the "Spelling Manor" 594 South Mapleton Drive, Los Angeles, CA 90024 see attached Exhibit "2", and that the matter was being corrected, without any need for litigation in addition to the California Department of Real Estate being notified regarding the matter via the complaints on the Anywhere Real Estate owned Coldwell Banker agents, to include Jade Mills regarding the fraud on July 2, 2019.

29.     On May 27, 2022, a call was returned to Plaintiff WHITE from Minny Ng, the Escrow Officer, designated in the Fraudulent Grant Deed recorded on July 2, 2019, Plaintiff WHITE's wife Mirga's birthday, July 2, 1970. Ms. Ng's initials appear in the

left side under Escrow No.: 4510219-01826-MN. Ms. Ng was aware that Plaintiff WHITE was the owner of the property, and in fact as the Escrow Officer for the July 2, 2019 fraudulent transaction, would be amenable if Plaintiff WHITE and former Virginia Attorney General Jim Gilmore would draft a corrected Grant Deed and File at the Recorder's Office, Los Angeles, County, California.

30.     On June 3, 2022, rather Defendant ANYWHERE REAL ESTATE, INC., be amenable to return the keys by Alan Roach the fraudulent Property Manager of Spelling Manor and Clinton Development Inc. officer. Mr. Roach refused to conduct a transfer of keys and remote from Property Manager, and furthermore as the agent of record of a fraudulent LLC. Instead, on June 9, 2022, an American publicly traded Realogy Holdings Corp, completed an abrupt name change to Anywhere Real Estate Inc. after making an announcement in May 2022.

31.     On Tuesday, June 21, 2022 Plaintiff WHITE spoke to the President of West Coast Escrow, Mr. Patrick Frasier, who confirmed he had received the related emails for the demand that the subject "Grant Deed" for property be corrected and that Mr. Frasier had designated West Coast Escrow, Regional Manager of Los Angeles and Ventura County, Mr. Chris LeBreton to work with Ms. Minny Ng the Escrow Officer for the July 2, 2019 transaction.

32.     On June 23, 2022, Plaintiff WHITE spoke to Mr. Frasier again, who confirmed that the Grant Deed was in the works of being corrected, and that the recording of the Deed could be done within his company because he was on his way to Anywhere Real Estate Headquarters in New Jersey via Newark, NJ airport.

33.     On July 1, 2022 Plaintiff WHITE speaks to Defendant ANYWHERE REAL ESTATE, INC'S Mr. Frasier, who confirms the corrected Grant Deed for the Spelling Manor has been corrected, prepared, and is ready, but he is awaiting corporate headquarters release to Plaintiff WHITE.

34.     On July 2, 2022, Plaintiff WHITE filed a Civil Complaint against Defendant ANYWHERE REAL ESTATE, INC. (Case No.2:22-CV-04557-GW-MAA) for one count of fraud. Subsequently, on July 14, 2022, the Plaintiff issued a press release on Law.com citing Berkshire Hathaway's Charlie Munger of Munger, Tolles and Olson being currently under investigation with the CA State bar.

35.     On or about July 6, 2022, Defendant BANK OF AMERICA CORPORATION located at 100 North Larchmont Boulevard, Los Angeles, CA 90004, where the fraud occurred starting on or about July 5, 2020 at that Bank of America branch by Erika Girardi is closed down immediately with a reported opening date of September 22, 2022. Additionally, the new U.S. Attorney for the Central District of California Honorable U.S. Attorney Mr. E. Martin Estrada was sworn in on or about September 19, 2022.

36.     Plaintiff WHITE On or about September 28, 2022 served the Defendant ANYWHERE REAL ESTATE, INC. with Central District of California Case No. 2:22-CV-04557-GW-MAA Nicholas Phipps White vs. Anywhere Real Estate, Inc. after the departure of Anywhere Real Estate Vice President Tim Foley was announced.

37.     On October 20, 2022 at around 4:03 PM PT, Defendants BANK OF AMERICA CORPORATION and FIDELITY NATIONAL FINANCIAL, INC. again used Plaintiff WHITE'S funds from his Merrill Lynch account to pay for vacation property "Chateau Dubrow" in Newport Beach and then again with Defendant ANYWHERE REAL ESTATE, INC. on February 17, 2023 for 71 Beverly Park, Beverly Hills, CA for a main residence for disgraced attorney Tom Girardi and associate's use, disguised as purchased by US No. 8 LLC, A California Limited Liability Company, see attached Exhibit "5."

38.     In a related transaction, on February 19, 2023, Plaintiff WHITE'S Merrill Lynch funds were again disguised for 71 Beverly Park as purchased by US No. 3 LLC, A California Limited Liability Company, attached as Exhibit "6" with the Defendants

ANYWHERE REAL ESTATE, INC. and FIDELITY NATIONAL FINANCIAL,

INC., similar to the Spelling Manor transaction and others.

39.    Plaintiff WHITE is the rightful owner of the following properties disguised

by the Defendants as "anonymous buyer" with the Plaintiff WHITE funds at Defendant

BANK OF AMERICA CORPORATION per the following:

| DATE | REAL ESTATE TRANSACTION | DEFENDANT(S)/WHO BENEFITTED |
|---|---|---|
| 7/2/19 | Spelling Manor*: Wire Transfer of approximately $119,750,000 from Bank of America Corporation, Plaintiff's Merrill Lynch account #649-13284, in Los Angeles, California, through the Fedwire system to the Escrow Account, in Los Angeles, California, "Spelling Manor" located at 594 South Mapleton Dr. Los Angeles, CA 90024, A.P.N. 4359-013-032594. | BANK OF AMERICA CORPORATION, ANYWHERE REAL ESTATE, INC., FIDELITY NATIONAL FINANCIAL, INC./Erika Girardi, Tom Girardi and their friends and family. *Disguised as a "birthday" gift from Plaintiff WHITE'S wife, whose actual birthday is July 2, 1970 |
| 10/20/22 | Chateau Dubrow*: Wire Transfer of approximately $55,000,000 from Bank of America Corporation, Plaintiff's Merrill Lynch account #649-13284, through the Fedwire system to the Escrow Account, in Los Angeles, California, "Chateau Dubrow" located at 2 Coral Ridge, Newport Beach, CA 92657, A.P.N. 489-181-06. Fidelity National Title Order No.: 00362034-994(Title Officer: Albert Wassif, Fidelity National Title, 5000 Van Nuys Blvd, Suite 500, Sherman Oaks, CA, 91403) "anonymous buyer" and sellers represented by Josh Altman of Douglas Elliman, Beverly Hills, CA | BANK OF AMERICA CORPORATION, FIDELITY NATIONAL FINANCIAL, INC./Erika Girardi, Tom Girardi and their friends and family. *House purchased at the one year "proof of life" mark of Plaintiff WHITE and missing accountant Heidi Planck from Camden Capital. *signed by owner Bank of America customer Terry Dubrow on September 28, 2022, the day Defendant ANYWHERE REAL ESTATE, INC. was served. |

| 2/17/23 | 71 Beverly Park*: Wire Transfer of approximately $55,000,000 from Bank of America Corporation, Plaintiff's Merrill Lynch account #649-13284, "71 Beverly Park" located at 71 Beverly Park Drive, Beverly Hills, CA 90210, A.P.N. 4386-013-020. Fidelity National Title Order No.: 00368341-994AW (Title Officer: Albert Wassif, Fidelity National Title, 5000 Van Nuys Blvd, Suite 500, Sherman Oaks, CA 91403) and Anywhere Real Estate Inc.'s Escrow No: 4510223-00293-BB, Bryan Binns Escrow Officer. Anonymous Buyer represented by former Coldwell Banker broker Ginger Glass of Compass and seller Compass' Carl Gambino. | BANK OF AMERICA CORPORATION, ANYWHERE REAL ESTATE, INC., FIDELITY NATIONAL FINANCIAL, INC./Erika Girardi Tom Girardi and their friends and family. *signed by owner and Bank of America customer Mark Wahlburg on February 15, 2023 the two-year anniversary of Marriott International CEO's Arne Sorenson passing. |

Table 5: Real Estate Transactions

**CREDIT CARDS**

40.    On or about the following dates, within the Central District of California, and elsewhere, Defendant BANK OF AMERICA CORPORATION, ANYWHERE REAL ESTATE, INC. and FIDELITY NATIONAL FINANCIAL, INC., aiding and abetting each other, for the purpose of executing the above-described scheme to defraud Plaintiff WHITE in the following credit card transactions:

41.    On or around August 27, 2021, at approximately 11:49 AM PT Bank of America Financial Center Operations Manager, Bank of America "whistleblower" Suzy De La Cruz, at 100 North Larchmont Blvd, Los Angeles, CA 90004 confirmed that Plaintiff WHITE'S Merrill Lynch account no. 649-13284 title as Palm Beach County Sheriff's Office for the Benefit of Nicholas Phipps White contains more than 35 Merrill VISA debit cards. Additionally, Bank of America Corporation was the founder and previous owner of VISA Corporation, headquartered in San Francisco, CA, as was Bank of Italy which merged with Bank of America.

42.    On around September 1, 2021 Defendant BANK OF AMERICA CORPORATION'S designated fraudulent administrator Erika Girardi posing as Plaintiff WHITE'S wife and widow is photographed in Los Angeles, CA using one of the 35 plus Merrill Lynch cards of the Plaintiff's related to his Merrill Lynch account #649-13284 as shown in Exhibit "7".

43.    Closure of Bank of America, N.A VISA credit card opened for "Nicholas Britt White." The Civil Case Coversheet dated June 3, 2022, Superior Court of California, County of Los Angeles, Case No. 22NWLC13380, Bank of America N.A. vs. Nicholas Britt White for $3,989.00 as shown in Exhibit "7".

44.    Closure of Bank of America, N.A VISA credit cards opened for Nicholas Britt White. Civil Case Coversheet dated June 3, 2022, Superior Court of California, County of Los Angeles, Case No. 22NWLC13261, Bank of America N.A. vs. Nicholas Britt White for $2,592.15 as shown in Exhibit "7."

| DATE OF DEPOSIT/TRANSFER | DESCRIPTION | DEFENDANT (S) INVOLVED/WHO BENEFITTED |
|---|---|---|
| August 27, 2021 - present | On or around August 27, Plaintiff WHITE'S Merrill Lynch account no. 649-13284 title as Palm Beach County Sheriff's Office for the Benefit of Nicholas Phipps White contains more than 35 VISA debit cards. | BANK OF AMERICA CORPORATION and more than 35 friends and family of Tom and Erika Girardi. |
| June 2, 2022 | Closure of Bank of America, N.A VISA credit card opened for Nicholas Britt White. Civil Case Coversheet dated June 3, 2022, Superior Court of California, County of Los Angeles, Case No. 22NWLC13380, Bank of America N.A. vs. Nicholas Britt White for $3,989.00 | BANK OF AMERICA CORPORATION Tom Girardi's stepson and Erika Girardi's son, Tom Zizzo |

16
(VERIFIED) FIRST AMENDED COMPLAINT

| June 2, 2022 | Closure of Bank of America, N.A VISA credit cards opened for Nicholas Britt White. Civil Case Coversheet dated June 3, 2022, Superior Court of California, County of Los Angeles, Case No. 22NWLC13261, Bank of America N.A. vs. Nicholas Britt White for $2,592.15 | BANK OF AMERICA CORPORATION<br><br>Tom Girardi's stepson and Erika Girardi's son, Tom Zizzo |

Table 5: Credit Cards

**LUXURY VEHICLES**

45.    On or about July 1, 2019 wire Transfer of approximately $4,000 from Bank of America Corporation Plaintiff's Merrill Lynch account #649-13284, in Los Angeles, California, to Russell Westbrook Alfa Romeo Maserati of Van Nuys, California for a 2019 Alfa Romeo Giulia motor vehicle, Vehicle Identification No. ZARFAMAN4K7606474 sold, leased to an "Erika White" by Sales Manager, Armenian-born Vahag Zhamkochyan. Superior Court of State of California, County of Los Angeles (Van Nuys District) Case No. 22VECV01173, attached as Exhibit "8."

| Date | Transaction with Plaintiff's Funds | DEFENDANT (S) INVOLVED/WHO BENEFITTED |
|---|---|---|
| On or about June 7, 2019*Defendant Bank of America Corporation ceased making payments once Plaintiff White filed Miami-Dade County Case No. 2021-013813-CA-01 against Bank of America N.A./Merrill Lynch on June 7, 2021 | 2019 Alfa Romeo*: Wire Transfer of approximately $4,000 from Bank of America Corporation Plaintiff's Merrill Lynch account #649-13284, in Los Angeles, California, to Russell Westbrook Alfa Romeo Maserati of Van Nuys, California for a 2019 Alfa Romeo Giulia motor vehicle. | BANK OF AMERICA CORPORATION/Erika Girardi posing as Plaintiff WHITE'S wife. *Disguised as a "birthday" gift from Plaintiff WHITE'S wife, whose actual birthday is July 2, 1970. |

Table 6: Luxury Vehicles

**GOLD BULLION/BARS:**

46.     On or about the following dates, Defendant BANK OF AMERICA CORPORATION, ANYWHERE REAL ESTATE, INC. and FIDELITY NATIONAL FINANCIAL, INC., aiding and abetting each other, for the purpose of executing the above-described scheme code-named "Project Phoenix" to defraud Plaintiff WHITE of his U.S. Gold Bullion, which was part of his contract funds from the sale of the Marriott-branded "Sovereign Towers" project. The Defendants did not return the Plaintiff WHITE'S gold to the U.S. government per the Stipulation For Compromise Settlement and Release Agreement with the U.S. government:

| Date | Transaction with Plaintiff's Funds | DEFENDANT (S) INVOLVED/WHO BENEFITTED |
|------|-----------------------------------|----------------------------------------|
| On or about October 2019 | 1,848 U.S. Gold Sovereign Towers II Bullion Bars kept concealed from Plaintiff WHITE by Defendant BANK OF AMERICA CORPORATION and their owners BERKSHIRE HATHAWAY owners of Kraft- Heinz Food, 1301 Heinz Drive, Fremont, Ohio 43420 transported on October 31, 2020, see Exhibit "7." Plaintiff WHITE'S Sovereign Tower II U.S. Gold Bullion recovered On February 8, 2023 reported to U.S. AG Garland and U.S. Attorney John Lausch being located in 5426 Lavender Drive, Plainfield, Indiana 46168 | BANK OF AMERICA CORPORATION, ANYWHERE REAL ESTATE. INC. |
| On or about June 2019 | 1,848 U.S. Gold "Sovereign Towers I" Bullion Bars kept concealed from Plaintiff WHITE by Defendant BANK OF AMERICA CORPORATION sold to Russian Lukoil oligarch after visit to U.S. in | BANK OF AMERICA CORPORATION Tom and Erika Girardi and their associates. |

|  | March 2019. Bank of America aided and abetted by Bank of America Landver family of Los Angeles, see Exhibit "7." Plaintiff WHITE'S U.S. Gold Bullion recovered by the U.S. Department of Justice on or about August 8, 2022. On or about August 8, 2022 Carlyle Group CEO Kewson Lee steps down. |  |

Table 7: U.S. Gold Bullion/Gold Bars

## MISCELLANEOUS FEES:

### Attorneys' Fees and Costs

47.     As part of the Defendants' plan to defraud Plaintiff WHITE code-named "Project Phoenix" Defendant, BANK OF AMERICA CORPORATION, after illicitly depositing Plaintiff WHITE'S U.S. Treasury check in the amount of $27,459,774,612 endorsed by Erika Girardi posing as the Plaintiff widow on or about February 26, 2021.

48.     Defendant BANK OF AMERICA CORPORATION thereafter on or about March 1, 2021 under the false pretense of "attorneys' fees and costs for Tom Girardi" who never served as Plaintiff WHITE'S attorney. wired approximately 10% percent ($2,745,977,461) of Plaintiff WHITE'S U.S. Treasury check to Tom Girardi associate Camden Capital Partners, LLC. Camden Capital Partners is located at 1880 Century Park East, Suite 950, Los Angeles, CA 90067.

49.     Defendant BANK OF AMERICA CORPORATION continues to spread disinformation that the Plaintiff is not only deceased but that Tom Girardi was an attorney and has attorney-client privilege or claim to Plaintiff WHITE'S funds, despite letters from Girardi contradicting this, shown in Exhibit "10."

**"Management Fees"**

50.     Defendant BANK OF AMERICA CORPORATION at 555 California Street, also known as the Bank Tower, a 52-story skyscraper in San Francisco's Financial District intentionally without the Plaintiff WHITE knowledge, with falsified Merrill Lynch Trust Documents and power of attorney from on or about May 17,2019, forged by Tom Girardi and his secretary Shirleen Fujimoto, allowed Washington, D.C. Carlyle Group's Founder William E. Conway, Jr. related Devon Investments/Archer Systems disguised as "web presence" media firm across 16 states as shown in Exhibit "10" to illicitly annually extract a 2% "management fee" from Plaintiff WHITE'S Merrill Lynch account #649-13284.

51.     On or about the following dates, Defendant BANK OF AMERICA CORPORATION, for the purpose of executing the above-described scheme to defraud, transmitted and caused to be transmitted by means of wire communication in interstate commerce some of the following fees:

| Date | Transaction with Plaintiff's Funds | DEFENDANT (S) INVOLVED/WHO BENEFITED |
|---|---|---|
| On or about March 1, 2021 | Defendant BANK OF AMERICA CORPORATION wires approximately 10% ($2,745,977,461) of Plaintiff WHITE'S U.S. Treasury Tort Claim Check for fraudulent "attorneys fees" for Tom Girardi, the U.S. government's attorney for Tort Claims# 164222575, 164222576, 16422577 to Camden Capital Partners of Los Angeles, CA whose Controller is Heidi Planck. | BANK OF AMERICA CORPORATION/Erika and Tom Girardi and their friends and family. |
| June 7, 2019 – May 2020 | 2% percent management fees from Plaintiff WHITE'S Merrill Lynch account. | BANK OF AMERICA CORPORATION/Carlyle Group Related Archer Systems/Devon Investments. |

Table 8: Attorneys'/Management Fees

52.     The Honorable Judge Wu subsequently granted four continuances starting in October 2022 through February 2023 for the parties to resolve this grave and serious matter in Miami-Dade County, Florida, per the Bank of America/Merrill Lynch Case No. 2021-013813-CA-01 with the Honorable Judge Orshan who had replaced former Judge Mark Blumstein. Judge Blumstein was recently reprimanded by The Florida Supreme Court for unethical behavior and was not re-elected by his peers. Plaintiff WHITE submitted under seal a Stipulation Agreement to Defendant BANK OF AMERICA CORPORATION within the insurance limits of their Marsh Inc. policy limit of $25B and Lloyd's of London $1B for the more than 35+ Merrill Lynch debit cards. The Stipulation Agreement included the latest amount owed of $550,881,512.21 to the more than 687 Victims of Girardi Bankruptcy with pick-up with Plaintiff WHITE and former Virginia Governor/Attorney General Jim Gilmore. Defendant BANK OF AMERICA CORPORATION'S Counsel of Liebler, Gonzalez and Portuondo P.A. as of February 21, 2023 did not sign and resolve the matter for their client despite the conditions met to include an Abstract of Judgment issued for the fraudulent Bank of America N.A. cards, shown in Exhibit "7." Additionally, one Bank of America Counsels' attorneys on the case was removed due to her conflict with Apollo Global Management founder Josh Harris. Moreover, Defendant BANK OF AMERICA CORPORATION'S Counsel did not substitute their attorney of record, who was on medical leave.

53.     On or about February 1, 2023 disbarred attorney Thomas V. Girardi with social security number XXX-XX-5134 is federally indicted CR No. 2:23-cr-00047-JFW in the U.S. District Court for the Central District of California for five counts of wire fraud after a March 2022 Grand Jury. On March 22, 2022, Plaintiff WHITE had reported to the Honorable U.S. Attorney General Merrick Garland that his U.S. Treasury check from February 26, 2022 misappropriated at the Defendant BANK OF AMERICA CORPORATION, shown in Exhibit "11." Court records show that Italian

citizen Thomas V. Girardi was allegedly unable to locate his passport or other travel documents which had been requested by the Court to be surrendered.

54.     As a direct and proximate result of the Defendants BANK OF AMERICA CORPORATION, ANYWHERE REAL ESTATE, INC. and FIDELITY NATIONAL FINANCIAL, INC. misconduct and negligence to conform to a certain standard of conduct that resulted in injury and loss to Plaintiff WHITE.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff WHITE, as individual, being the real party of interest, prays for the following relief.

(a)     Judgment for damages from Defendant BANK OF AMERICA CORPORATION, in the amount of $27,459,343,612. Closure of the Merrill Lynch account #649-13284 titled Palm Beach County Sheriff's Office for Nicholas Phipps White and closure of all related Nicholas Phipps White related and Nicholas Britt White accounts at Bank of America Corporation.

(b)     Judgment for punitive damages from Defendant ANYWHERE REAL ESTATE, INC., in the amount of $1,572,750,000. Judgment ordering Anywhere Real Estate, Inc. to correct the grant deed from July 19, 2019 $119,750,000 APN: 4359-013-032 (590 South Mapleton Drive, Los Angeles, CA 90024) from the street address "594 South Mapleton LLC" to "Nicholas Phipps White, individual, married, recorded in the County of Los Angeles, CA within five (5) business days. Additional Judgment ordering Anywhere Real Estate, Inc. to correct the grant deed from February 17, 2023 $55,000,000 APN: 4386-013-020 (71 Beverly Park, Beverly Hills, CA 90210 from U.S. No. 3 LLC to "Nicholas Phipps White" individual, married, recorded in the County of Los Angeles, CA within five (5) business days.

(c)     Judgment for punitive damages from Defendant FIDELITY

NATIONAL FINANCIAL, INC. in the amount of $495,000,000. Judgment

ordering Fidelity National Financial, Inc. to correct the grant deed from October

20, 2022, $55,000,000 APN: 489-181-06 (2 Coral Ridge, Newport Beach, CA)

from "U.S. No. 8 LLC" to "Nicholas Phipps White" individual, married, recorded

in the County of Orange, CA within five (5) business days.


(d)     Interest income.


(e)     An award of interest; and such other and further relief that the Court deems

reasonable and just.

DATED: March 23, 2023                    **DEMAND FOR JURY TRIAL**


Respectfully submitted,
/s/ Nicholas Phipps White
NICHOLAS PHIPPS WHITE, PRO SE
324 South Beverly Drive, Suite 489
Beverly Hills, CA 90212

# EXHIBIT 1

WIKIPEDIA

Coordinates: 40°42'35"N 74°00'39"W

# One Liberty Plaza

**One Liberty Plaza**, formerly the **U.S. Steel Building**, is a skyscraper in the Financial District of Lower Manhattan in New York City. It is situated on a block bounded by Broadway, Liberty Street, Church Street, and Cortlandt Street, on the sites of the former Singer Building and City Investing Building.

The building was designed in the International Style by Skidmore, Owings & Merrill and completed in 1973. It is 743 ft (226 m) tall and has 54 floors. At 2.3 million sq ft (210,000 m²), each floor offers almost 1 acre (0.40 ha) of office space, making it one of the largest office buildings in New York by usable interior space. Its facade is black, consisting of a structural steel frame. South of the building is Zuccotti Park, formerly called Liberty Plaza Park.

One Liberty Plaza was originally commissioned by U.S. Steel, and also housed the headquarters of Merrill Lynch. A variety of tenants occupy the space, from large law firms to public and not-for-profit agencies like the Lower Manhattan Development Corporation and the World Trade Center Memorial Foundation as well as new businesses. Since 2001 One Liberty Plaza has been owned and operated by Brookfield Office Properties.

## Contents

### History
### Tenants
### See also



**One Liberty Plaza**

One Liberty Plaza in 2011



Wikimedia | © OpenStreetMap

### General information

| | |
|---|---|
| **Status** | Completed |
| **Type** | Commercial; office |
| **Architectural style** | International Style |
| **Location** | 165 Broadway New York City, New York United States 10006 |
| **Coordinates** | 40°42'35"N 74°00'39"W |
| **Construction started** | 1969 |
| **Completed** | 1972 |

5/1/2022



Mr. Lawrence Phipps White AIA, The Sovereign Towers Managing Director and
Mr. Nicholas Phipps White, Chairman and CEO The Hollywood Land
Development Company, LLC

"I can think of no better tribute to the amazing legacy of Arne Sorenson than to focus on educating and advancing future leaders of the hospitality industry," said J.W. "Bill" Marriott, Jr., Executive Chairman and Chairman of the Board, Marriott International. "Arne's passion for creating a culture of opportunity brought real change in the executive ranks of our company. But work remains to be done. Our industry needs a pipeline of diverse leadership talent and that's exactly what this Center will achieve. We are proud to bring Marriott International and our family foundation together to partner with this esteemed university in the city of our founding. This innovative program will foster leadership excellence and help drive greater inclusion at the most senior levels of the hospitality industry. We hope that other hospitality companies will join us in designing the program and providing experiential opportunities to generate talent that will meet the needs of the industry well into the future."



## Marriott Chairman Mr. Bill Marriott with Marriott CEO Mr. Arne Sorenson

"Now is the opportune time to launch this work," said Mieka Wick, Executive Director, The J. Willard and Alice S. Marriott Foundation. "The hospitality industry is evolving in new and exciting ways and there is a clear need for a forward-looking program designed to prepare leaders for this dynamic environment. A deeper commitment to diversity, equity and inclusion is imperative, not only because it is the right thing to do but because it is also good for the industry. The J. Willard and Alice S. Marriott Foundation has a long-standing commitment to creating opportunity for all

**Bank of America** 

BANK OF AMERICA, N.A. (THE "BANK")

Account Summary
Information

Thank you for allowing us to assist you with your banking needs. Here is a summary of the accounts and services we set up for you or which you applied for today. If any of this information is incorrect, please let us know. We appreciate the opportunity to serve you.

THE HOLLYWOOD LAND DEVELOPMENT COMPANY LLC

CHECKING ACCOUNT

| | |
|---|---|
| Account Number | Business Advantage Chk |
| | 3251 1566 4401 |
| ACH Routing Number | 121000358 |
| Title on Account | THE HOLLYWOOD LAND DEVELOPMENT COMPANY LLC |
| Address | 324 S BEVERLY DR APT 398 |
| | BEVERLY HILLS, CA 90212 |

BUSINESS DEBIT CARD

| | |
|---|---|
| Business | THE HOLLYWOOD LAND |
| Name on Card | NICHOLAS WHITE |
| Account Number | 4815880024805477 |
| Address | 324 S BEVERLY DR APT 398 |
| | BEVERLY HILLS, CA 90212 |
| Account(s) Linked for Access: | Business Advantage Chk, 32511 5664401 |

**Bank Information**

| | |
|---|---|
| Date | 2019-01-22 |
| Banking Center Name | BEVERLY WILSHIRE |
| Associate's Name | Atef Hassine |
| Associate's Phone Number | 424-203-4684 |

00-14-9082M 06-1999
NCA

Page 1



# EXHIBIT 2

Newsroom

Share f 🐦 in ✉

# Bank of America Sets Q4-21 Stock Dividend, Renews $25 Billion Repurchase Plan

October 20, 2021 at 11:50 AM Eastern

Bank of America today announced the Board of Directors declared a regular quarterly cash dividend on Bank of America common stock of $0.21 per share, payable on December 31, 2021 to shareholders of record as of December 3, 2021. The Board also renewed the company's previously announced $25 billion common stock repurchase program.

In April, Bank of America announced plans to repurchase up to $25 billion in common stock over time. Through the end of the third quarter of 2021, approximately $14 billion in stock had been repurchased under that program. Today's authorization replaces the previous program and will provide additional flexibility going forward, in line with the company's commitment to return to shareholders excess capital that is not needed to support economic growth, deliver for customers and communities, invest in the future and sustain strength and stability through the cycle. As with the April authorization, the Board also authorized repurchases to offset shares awarded under the company's equity-based compensation plans.

Bank of America's ability to make capital distributions depends, in part, on its ability to maintain regulatory capital levels above the 9.5% CET1 (Common Equity Tier 1) requirement: the sum of the Federal Reserve Board's regulatory minimum of 4.5% and applicable regulatory buffers; including the Stress Capital Buffer (SCB) of 2.5%; and the Global Systemically Important Bank Holding Company surcharge of 2.5%. As of September 30, 2021, Bank of America's CET1 ratio was 11.1%.

The timing and amount of common stock repurchases made pursuant to the Bank of America common stock repurchase program are subject to various factors, including the company's capital position, liquidity, financial performance and alternative uses of capital, stock trading price, regulatory requirements and general market conditions. Also, it may be suspended at any time. The common stock repurchases may be effected through open market purchases or privately negotiated transactions, including repurchase plans that satisfy the conditions of Rule 10b5-1 of the Securities Exchange Act of 1934, as amended.

The Board also declared a regular quarterly cash dividend of $1.75 per share on the 7% Cumulative Redeemable Preferred Stock, Series B. The dividend is payable on January 25, 2022 to shareholders of record as of January 14, 2022.

## Forward-Looking Statements

Certain statements contained in this news release may constitute "forward-looking" statements within the meaning of the Private Securities Litigation Reform Act of 1995. These forward-looking statements represent the current expectations, plans or forecasts of Bank of America based on available information. Forward-looking statements can be identified by the fact that they do not relate strictly to historical or current facts. These statements often use words like "expects," "anticipates," "believes," "estimates," "targets," "intends," "plans," "predict," "goal" and other similar expressions or future or conditional verbs such as "will," "may," "might," "should," "would" and "could." Forward-looking statements speak only as of the date they are made, and Bank of America undertakes no obligation to update any forward-looking statement to reflect the impact of circumstances or events that arise after the date the forward-looking statement was made.

# EXHIBIT 3

By TRACY WRIGHT FOR DAILYMAIL.COM
PUBLISHED: 12:57 EDT, 2 September 2021 | UPDATED: 13:54 EDT, 2 September 2021



**Out and about: Erika Jayne looked downcast while heading to the gym in an all-black ensemble in Los Angeles on Wednesday afternoon**

The Pretty Mess author tied up her platinum blonde hair into a bun and wore a pair of oversized shades while carrying a bright yellow wallet.

Learning: She paid for a parking meter with a credit card after admitting on a that she 'only learned how to go to the bank in March'

**EXHIBIT A**: UNAUTHORIZED USE BANK OF AMERICA MERRILL LYNCH *FOR THE BENEFIT OF NICHOLAS PHIPPS WHITE* VISA DEFERRED BUSINESS DEBIT CARD, SEPTEMBER 1, 2021, NEAR 1020 N PALM AVE, LOS ANGELES, CA

CERTIFICATION OF VITAL RECORD

# COUNTY OF VENTURA

VENTURA, CALIFORNIA

## INFORMATIONAL, NOT A VALID DOCUMENT TO ESTABLISH IDENTITY

4052013181823

### LICENSE AND CERTIFICATE OF MARRIAGE
MUST BE LEGIBLE – MAKE NO ERASURES, WHITEOUTS, OR OTHER ALTERATIONS
USE DARK INK ONLY

STATE FILE NUMBER                                 LOCAL REGISTRATION NUMBER
4 2013 56004951

| | | |
|---|---|---|
| 1A. FIRST NAME: ERIKA | 1B. MIDDLE: NICHOLE | |
| 1C. CURRENT LAST: POPE | 1D. LAST NAME AT BIRTH (IF DIFFERENT THAN 1C) | |
| 2. DATE OF BIRTH (MM/DD/CCYY): 02/17/1987 | 3. STATE/COUNTRY OF BIRTH: CA | 4. #PREV. MARRIAGES/SRDP: 0 | 5A. LAST MARRIAGE/SRDP ENDED BY: □ DEATH □ DISSO □ ANNULMENT □ TERM SRDP □ N/A | 5B. DATE ENDED (MM/DD/CCYY) |
| 6. ADDRESS: 21301 KITTRIDGE ST #1408 | 7. CITY: WOODLAND HILLS | 8. STATE/COUNTRY: CA | 9. ZIP CODE: 91303 |
| 10A. FULL BIRTH NAME OF FATHER/PARENT: DAVID GLEN POPE | 10B. STATE OF BIRTH (IF OUTSIDE U.S. ENTER COUNTRY): CA | |
| 11A. FULL BIRTH NAME OF MOTHER/PARENT: SARA SOTO | 11B. STATE OF BIRTH (IF OUTSIDE U.S. ENTER COUNTRY): CA | |
| 12A. FIRST NAME: NICHOLAS | 12B. MIDDLE: BRITT | |
| 12C. CURRENT LAST: WHITE | 12D. LAST NAME AT BIRTH (IF DIFFERENT THAN 12C) | |
| 13. DATE OF BIRTH (MM/DD/CCYY): 09/21/1987 | 14. STATE/COUNTRY OF BIRTH: CA | 15. #PREV. MARRIAGES/SRDP: 0 | 16A. LAST MARRIAGE/SRDP ENDED BY: □ DEATH □ DISSO □ ANNULMENT □ TERM SRDP □ N/A | 16B. DATE ENDED (MM/DD/CCYY) |
| 17. ADDRESS: 21301 KITTRIDGE ST #1408 | 18. CITY: WOODLAND HILLS | 19. STATE/COUNTRY: CA | 20. ZIP CODE: 91303 |
| 21A. FULL BIRTH NAME OF FATHER/PARENT: DAVID BRITT WHITE | 21B. STATE OF BIRTH (IF OUTSIDE U.S. ENTER COUNTRY): NY | |
| 22A. FULL BIRTH NAME OF MOTHER/PARENT: LINDA MARIE CHAVEZ | 22B. STATE OF BIRTH (IF OUTSIDE U.S. ENTER COUNTRY): IN | |

WE, THE UNDERSIGNED DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT WE ARE UNMARRIED AND THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF. WE FURTHER DECLARE THAT NO LEGAL OBJECTION TO THE MARRIAGE NOR TO THE ISSUANCE OF A LICENSE IS KNOWN TO US. WE ACKNOWLEDGE RECEIPT OF THE INFORMATION REQUIRED BY FAMILY CODE SECTION 358 AND HEREBY APPLY FOR A LICENSE AND CERTIFICATE OF MARRIAGE.

I, THE UNDERSIGNED, DO HEREBY CERTIFY THAT THE ABOVE-NAMED PARTIES TO BE MARRIED HAVE PERSONALLY APPEARED BEFORE ME, OR THE PERSON PERFORMING THE CEREMONY HAS PERSONALLY APPEARED BEFORE ME AND PRESENTED AN AFFIDAVIT SIGNED BY THE PARTIES TO BE MARRIED DECLARING THAT ONE OR BOTH OF THE PARTIES ARE PHYSICALLY UNABLE TO APPEAR AND EXPLAINING THE REASONS THEREFOR IN ACCORDANCE WITH FAMILY CODE SECTION 426. THE PARTIES PROVED TO ME ON THE BASIS OF SATISFACTORY EVIDENCE TO BE THE PERSONS CLAIMED. HAVE DECLARED THAT THEY MEET ALL OF THE REQUIREMENTS OF THE LAW, AND HAVE PAID THE FEES PRESCRIBED BY LAW. AUTHORIZATION AND LICENSE IS HEREBY GIVEN TO ANY PERSON DULY AUTHORIZED TO PERFORM A MARRIAGE CEREMONY WITHIN THE STATE OF CALIFORNIA TO SOLEMNIZE THE MARRIAGE OF THE ABOVE-NAMED PERSONS.

| 35A. ISSUE DATE (MM/DD/CCYY): 12/30/2013 | 35B. EXPIRES AFTER (MM/DD/CCYY): 03/30/2014 | 36C. NAME OF COUNTY CLERK: MARK A. LUNN | |
| 35E. MARRIAGE LICENSE NUMBER: 2013123001092440 | 35F. COUNTY OF ISSUE: VENTURA | 35G. RETURN COMPLETED MARRIAGE LICENSE TO INCLUDE ADDRESS: VENTURA COUNTY RECORDER 800 S. VICTORIA AVENUE VENTURA, CA 93009 |

| 37A. SIGNATURE OF WITNESS | 37B. NAME OF PERSON WITNESSING MARRIAGE (TYPE OR PRINT CLEARLY): Kayla Marissa Pope |
| 37C. ADDRESS, CITY, STATE/COUNTRY, AND ZIP CODE: 691 Anacapei Dr. Camarillo, CA 93010 | |
| 37D. SIGNATURE OF WITNESS | 37E. NAME OF PERSON WITNESSING MARRIAGE (TYPE OR PRINT CLEARLY) |
| 37F. ADDRESS, CITY, STATE/COUNTRY, AND ZIP CODE | |

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA, THAT THE ABOVE-NAMED PARTIES WERE JOINED BY ME IN MARRIAGE IN ACCORDANCE WITH THE LAWS OF THE STATE OF CALIFORNIA NOTE: THE MARRIAGE CEREMONY MUST TAKE PLACE IN THE STATE OF CALIFORNIA.

| 28A. DATE OF MARRIAGE (MM/DD/CCYY): 12/30/13 | 28B. CITY/TOWN OF MARRIAGE: Camarillo | 28C. COUNTY OF MARRIAGE: Ventura |
| 29A. SIGNATURE OF PERSON SOLEMNIZING MARRIAGE | 29B. RELIGIOUS DENOMINATION OF CLERGY: Non-denominational |
| 29C. NAME OF PERSON SOLEMNIZING MARRIAGE (TYPE OR PRINT CLEARLY): James D Salazar | 29D. OFFICIAL TITLE: Pastor |
| 29E. ADDRESS, CITY, STATE/COUNTRY, AND ZIP CODE: 3500 Camino Ave Oxnard CA 93030 | |

| 30A. FIRST – MUST BE SAME AS 1A: ERIKA | 30B. MIDDLE: NICHOLE | 30C. LAST: WHITE |
| 31A. FIRST – MUST BE SAME AS 12A: NICHOLAS | 31B. MIDDLE: BRITT | 31C. LAST: WHITE |
| 32A. NAME OF LOCAL REGISTRAR: Mark A Lunn | 32B. SIGNATURE OF LOCAL CLERK OR DEPUTY CLERK | 32C. DATE ACCEPTED FOR REGISTRATION: 01/30/2014 |

### CERTIFIED COPY OF VITAL RECORD
STATE OF CALIFORNIA, COUNTY OF VENTURA

This is a true and exact reproduction of the document officially registered and placed on file with the Ventura County Clerk and Recorder.

001091730

DATE ISSUED          JAN 1 1 2023

This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the County Clerk and Recorder.



MICHELLE ASCENCION
COUNTY CLERK AND RECORDER

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

CERTIFICATION OF VITAL RECORD

# COUNTY OF VENTURA
VENTURA, CALIFORNIA

## INFORMATIONAL, NOT A VALID DOCUMENT TO ESTABLISH IDENTITY

104- 87-368429

STATE BIRTH CERTIFICATE NUMBER

CERTIFICATE OF LIVE BIRTH
STATE OF CALIFORNIA

5600 6334

LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER

| | 1A. NAME OF CHILD—FIRST | 1B. MIDDLE | 1C. LAST |
|---|---|---|---|
| THIS CHILD | NICHOLAS | BRITT | WHITE |

| | 2. SEX | 3A. THIS BIRTH, SINGLE, TWIN, ETC. | 3B. IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC. | 4A. DATE OF BIRTH—MONTH, DAY, YEAR | 4B. HOUR—(24 HOUR CLOCK TIME) |
|---|---|---|---|---|---|
| | Male | Single | | September 21, 1987 | 0607 |

| PLACE OF BIRTH | 5A. PLACE OF BIRTH—NAME OF HOSPITAL OR FACILITY | 5B. STREET ADDRESS (STREET, NUMBER, OR LOCATION) |
|---|---|---|
| | Pleasant Valley Hospital | 2309 Antonio Avenue |

| | 5C. CITY OR TOWN | 5D. COUNTY |
|---|---|---|
| | Camarillo | Ventura |

| | 6A. NAME OF FATHER—FIRST | 6B. MIDDLE | 6C. LAST | 7. STATE OF BIRTH | 8. AGE OF FATHER |
|---|---|---|---|---|---|
| FATHER OF CHILD | David | Britt | White | NY | 40 |

| | 9A. NAME OF MOTHER—FIRST | 9B. MIDDLE | 9C. LAST (BIRTH NAME) | 10. STATE OF BIRTH | 11. AGE OF MOTHER |
|---|---|---|---|---|---|
| MOTHER OF CHILD | Linda | Marie | Olivier | IN | 39 |

| PARENT'S CERTIFICATION | I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE | 12A. PARENT/OR OTHER INFORMANT—SIGNATURE | 12B. RELATIONSHIP TO CHILD Mother | 12C. DATE SIGNED 9-21-87 |
|---|---|---|---|---|

| ATTENDANT'S CERTIFICATION | I CERTIFY THAT I ATTENDED THIS BIRTH AND THAT THE CHILD WAS BORN ALIVE AT THE HOUR, DATE AND PLACE STATED | 13A. PHYSICIAN OR OTHER ATTENDANT—SIGNATURE—DEGREE OR TITLE | 13B. LICENSE NUMBER G 41252 | 13C. DATE SIGNED 9-23-87 |
|---|---|---|---|---|
| | 14. | 13D. TYPED NAME AND ADDRESS Maynard Belzer M.D. 2486 Ponderosa Drive, Camarillo | | |

| LOCAL REGISTRAR | 15. DEATH—ENTER DATE OF DEATH | 16. LOCAL REGISTRAR SIGNATURE | 17. DATE ACCEPTED FOR REGISTRATION OCT 0 2 1987 |
|---|---|---|---|

CERTIFIED COPY OF VITAL RECORD
STATE OF CALIFORNIA, COUNTY OF VENTURA

This is a true and exact reproduction of the document officially registered and placed on file with the Ventura County Clerk and Recorder.

DATE ISSUED    JAN 1 1 2023

This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the County Clerk and Recorder.



001091729

MICHELLE ASCENCION
COUNTY CLERK AND RECORDER

CAVENTURO2

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

FL-165

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
Erika White
3389 Bennett Drive
Los Angeles CA 90068

TELEPHONE NO.: 619 358 0496   FAX NO. *(Optional):* 213 289 1697
E-MAIL ADDRESS *(Optional):* bejisima @gmail.com
ATTORNEY FOR *(Name):*

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles 90012
BRANCH NAME: Stanley Mosk

PETITIONER: Erika White

RESPONDENT: Nicholas White

**FOR COURT USE ONLY**

FILED
Superior Court of California
County of Los Angeles

MAY 09 2019

Sherri R. Carter, Executive Officer/Clerk
By _Samantha Steinel_, Deputy
Samantha J. Steinel

| **REQUEST TO ENTER DEFAULT** | CASE NUMBER: 18STFL10165 |
|---|---|

1. **To the clerk:** Please enter the default of the respondent who has failed to respond to the petition.

2. A completed *Income and Expense Declaration* (form FL-150) or *Financial Statement (Simplified)* (form FL-155)
   ☐ is attached  ☑ is not attached.
   A completed *Property Declaration* (form FL-160) ☐ is attached ☑ is not attached
   because *(check at least one of the following):*
   (a) ☑ there have been no changes since the previous filing.
   (b) ☐ the issues subject to disposition by the court in this proceeding are the subject of a written agreement.
   (c) ☑ there are no issues of child, spousal, or partner support or attorney fees and costs subject to determination by the court.
   (d) ☑ the petition does not request money, property, costs, or attorney fees. (Fam. Code, § 2330.5.)
   (e) ☑ there are no issues of division of community property.
   (f) ☐ this is an action to establish parental relationship.

Date: 5/7/19

Erika White
*(TYPE OR PRINT NAME)*                    *(SIGNATURE OF [ATTORNEY FOR] PETITIONER)*

3. **Declaration**
   a. ☐ No mailing is required because service was by publication or posting and the address of the respondent remains unknown.
   b. ☑ A copy of this *Request to Enter Default,* including any attachments and an envelope with sufficient postage, was
      provided to the court clerk, with the envelope addressed as follows *(address of the respondent's attorney or, if none,*
      *the respondent's last known address):*
      Nicholas White
      1200 S. Grand Ave #550
      Los Angeles CA 90015

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 5/7/19

Erika White
*(TYPE OR PRINT NAME)*                    *(SIGNATURE OF DECLARANT)*

**FOR COURT USE ONLY**
☐ *Request to Enter Default* mailed to the respondent or the respondent's attorney on *(date):* MAY 0 9 2019
☐ Default entered as requested on *(date):* MAY 0 9 2019
☐ Default **not** entered. Reason:
SHERRI R. CARTER   Clerk, by _Samantha Steinel_, Deputy
Samantha Steinel

Form Adopted for Mandatory Use
Judicial Council of California
FL-165 [Rev. January 1, 2005]

**REQUEST TO ENTER DEFAULT**
(Family Law—Uniform Parentage)

Page 1 of 2
Code of Civil Procedure, §§ 585, 587;
Family Code, § 2335.5
www.courtinfo.ca.gov

GIRARDI | KEESE

LAWYERS

December 8, 2019

**Amendment to Remove Co-Trustees on Merrill Lynch Account (Girardi, Rosenstein, Bradshaw)**

I, Thomas V. Girardi remove myself as Co-Trustee of the Palm Beach County Sheriffs' Office For the Benefit of Nicholas Phipps White or related trust business accounts containing the approximate deposits of $5,658,691,268 opened at Bank of America/Merrill Lynch, Pierce, Fenner & Smith Incorporated on 401 East Las Olas Boulevard, Ft. Lauderdale, FL 33301 for which Mr. Nicholas Phipps White is the Beneficiary of.

_____                    12-8-19
Thomas V. Girardi                          Date

STATE OF CALIFORNIA          )
                             )
COUNTY OF LOS ANGELES        )

On before me,   Maria L. Carlos, Notary Public   , personally appeared _Thomas V. Girardi_ who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.



MARIA L. CARLOS
Notary Public - California
Los Angeles County
Commission # 2229856
My Comm. Expires Feb 26, 2022

_____
Signature of Notary Public

**(When required)**
RECORDING REQUESTED BY AND MAIL TO:

**LOS ANGELES DAILY JOURNAL**
~ SINCE 1888 ~

915 E FIRST ST, LOS ANGELES, CA 90012
Mailing Address: P.O. Box 54026, Los Angeles, California 90054-0026
Telephone (213) 229-5300 / Fax (213) 229-5481

This space for filing stamp only

**FILED**
Superior Court of California
County of Los Angeles

**JUN 07 2019**

Sherri R. Carter, Executive Officer/Clerk of Court
By_____, Deputy
C. Fiola

Erika White
ERIKA WHITE
210 CATHEDRAL COVE, APT 16
CAMARILLO, CA - 93012

DJ#: 3253825

19stcp01701
7/9

**ORDER TO SHOW CAUSE
FOR CHANGE OF NAME**
Case No. 19STCP01701
Superior Court of California, County of LOS ANGELES
Petition of: Erika White for Change of Name
TO ALL INTERESTED PERSONS:
Petitioner Erika White filed a petition with this court for a decree changing names as follows:
Erika Nichole White to Erika Nichole Salazar
The Court orders that all persons interested in this matter appear before this court at the hearing indicated below to show cause, if any, why the petition for change of name should not be granted. Any person objecting to the name changes described above must file a written objection that includes the reasons for the objection at least two court days before the matter is scheduled to be heard and must appear at the hearing to show cause why the petition should not be granted. If no written objection is timely filed, the court may grant the petition without a hearing.
Notice of Hearing:
Date: 07/09/2019, Time: 10:30am, Dept.: 44
The address of the court is 111 N Hill Street Los Angeles CA 90012
A copy of this Order to Show Cause shall be published at least once each week for four successive weeks prior to the date set for hearing on the petition in the following newspaper of general circulation, printed in this county: LOS ANGELES DAILY JOURNAL.
Date: 5/6/2019
Judge Moreton
Judge of the Superior Court
5/15, 5/22, 5/29, 6/5/19
DJ-3253825#

# PROOF OF PUBLICATION

(2015.5 C.C.P.)

State of California      )
County of Los Angeles    ) ss

Notice Type:   OSC - ORDER TO SHOW CAUSE/NAME CHANGE

Ad Description:
19STCP01701 White

I am a citizen of the United States and a resident of the State of California; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer and publisher of the LOS ANGELES DAILY JOURNAL, a newspaper published in the English language in the city of LOS ANGELES, county of LOS ANGELES, and adjudged a newspaper of general circulation as defined by the laws of the State of California by the Superior Court of the County of LOS ANGELES, State of California, under date 04/26/1954, Case No. 599,382. That the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

05/15/2019, 05/22/2019, 05/29/2019, 06/05/2019

Executed on: 06/05/2019
At Los Angeles, California

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_____
Signature

Email    * A 0 0 0 0 0 5 1 1 7 3 7 0 *



Bank of America Financial Office, 100 Larchmont Blvd, Los Angeles, CA 90004 temporary closure sign stating that "due to circumstances beyond our control, we are temporarily closed" and Bank of America's "Erica app" designated in yellow.



BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY · GAVIN NEWSOM, GOVERNOR
**DEPARTMENT OF CONSUMER AFFAIRS • OSTEOPATHIC MEDICAL BOARD OF CALIFORNIA**
1300 National Drive, Suite 150, Sacramento, CA 95834
P (916) 928-8390   |   F (916) 928-8392   |   www.ombc.ca.gov



July 27, 2022

NICHOLAS P. WHITE
324 SOUTH BEVERLY DRIVE, SUITE 489
BEVERLY HILLS, CA 90211

Re:      NAREK HAMO TOROSYAN, D.O.
Case No. 900 2022 000371

Dear NICHOLAS P WHITE:

This letter serves as confirmation of your complaint against the referenced.

Please note the review process may take **several months**.   If we need additional information during the course of our inquiry, a representative of this Board will contact you.

Please note this Board is only authorized to take action against those individuals it finds in violation of the Medical Practice Act.

We appreciate your patience and wish to thank you for bringing your concerns to our attention.  You will be advised of any action we take in this matter.

If you have any questions, please contact this office at (916) 928-8390.

Sincerely,

Beth Dutchler
Enforcement Analyst

# EXHIBIT 4

This page is part of your document - DO NOT DISCARD



## 20190637529



Recorded/Filed In Official Records
Recorder's Office, Los Angeles County,
California

**07/02/19 AT 08:00AM**

Pages:
0002

| | |
|---|---:|
| FEES: | 32.00 |
| TAXES: | 670,600.00 |
| OTHER: | 0.00 |
| | |
| PAID: | 670,632.00 |



LEADSHEET



201907020120029

00016817707



009938292

SEQ:
14

DAR - Title Company (Hard Copy)



**THIS FORM IS NOT TO BE DUPLICATED**

T55

RECORDING REQUESTED BY
Document 12-1  Filed 11/02  Page 7 of 21  Page ID #:211

RECORDING REQUESTED BY
FIDELITY NATIONAL TITLE
RECORDING REQUESTED BY:
FIDELITY NATIONAL TITLE COMPANY

AND WHEN RECORDED MAIL TO:

594 Mapleton LLC, a California Limited Liability
Company
c/o Dennis Roach, Esq.
9200 Sunset Blvd., # 525
Los Angeles, Ca 90069



07/02/2019

*20190637529*

Order No.: 995-30031008-JS3
Escrow No.: 4510219-01826-MN
A.P.N.: 4359-013-032    DRA:00067

SPACE ABOVE THIS LINE IS FOR RECORDER'S USE

## GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S)
DOCUMENTARY TRANSFER TAX IS $131,725.00     CITY TRANSFER TAX IS $538,875.00
[ XX ]  computed on full value of property conveyed, or
[ XX ]  City of LOS ANGELES AND

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
**Petra Ecclestone**, a single woman, as her sole and

separate property
hereby GRANT(S) to
**594 Mapleton LLC, a California Limited Liability Company**

Exempt from fee per GC 27388.1 (a) (2);
recorded ~~concurrently~~ in connection with
a transfer subject to the imposition of
documentary transfer tax

the following described real property in the County of **Los Angeles**, State of California:

Parcels A, B and C of Parcel Map L.A. No. 4847, in the City of Los Angeles, County of Los
Angeles, State of California, as per Map Recorded in Book 151, Page 51 of Parcel Maps, in
the Office of the County Recorder of said County.

Dated:  **June 20, 2019**

**Petra Ecclestone**

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the
document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

STATE OF CALIFORNIA
COUNTY OF  Los Angeles          )SS.
On  June 21, 2019      before me  MICHAEL GEKHT,          Notary Public, personally appeared
Petra Ecclestone
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument
and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their
signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s), acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
          Signature of Notary
Commission Expiration Date:  AUG. 02, 2021

MICHAEL GEKHT
Notary Public – California
Los Angeles County
Commission # 2204183
My Comm. Expires Aug 2, 2021

MAIL TAX STATEMENTS: To the parties as shown above

14D



**Company: West Coast Escrow**   **Office: Beverly Hills**   File #: 4510219-01826   Property: 594 S Mapleton Dr

| Today | Dashboard | File Entry ▸ | Closings ▸ | Doc Center ▸ | Communication Center | Accounting/Appr |

## Edit Order

General Information · 💙 Coordinators · 🏠 Property · 👥 Buyers · 👥 Sellers · 💰 Finance

**cts**

| Cust Type | Company Name | Contact Name | Phone No |
|---|---|---|---|
| Servicer | WIRE DEPARTMENT | WIRE DEPARTMENT | (856)914-2668 |
| Other | DEPARTMENT OF WATER AND POWER | | (866)264-6130 |
| CD Settlement Agent | West Coast Escrow Beverly Hills | Minny Ng | (310)288-0101 |
| Listing Agent | COLDWELL BANKER REALTY | JADE MILLS | (310)273-3113 |
| Listing Agent | THE AGENCY | DAVID PARNES | (424)230-3700 |
| Listing Agent | WESTSIDE ESTATE AGENCY | KURT RAPPAPORT | (310)247-7770 |
| Listing Agent | THE AGENCY | JAMES HARRIS | (424)230-3700 |
| Selling Agent | HILTON & HYLAND REAL ESTATE | JEFF HYLAND | (310)278-3311 |
| Selling Agent | HILTON & HYLAND REAL ESTATE | (New)BROOKE HALSBAND | (310)278-3311 |
| Lender1 | | | |
| Mortgage Broker1 | | | |
| Payoff Lender 1 | (New)SLAVICA ECCLESTONE | (New)SLAVICA ECCLESTONE | (818)817-7660 |
| Servicer | BRAD | STATEWIDE SERVICES | |
| Servicer | WIRE DEPARTMENT | | (856)914-2668 |
| Title Company | FIDELITY NATIONAL TITLE COMPANY | (New)JUSTIN SCOTT | (213)452-7110 |

Cancel   Save

All Rights Reserved

/ISUS

MINI ZEN GARDEN



## love PROPERTY ˅

| News | Homes | Interiors | Investing | Features |

# Mystery seller places 'Spelling Manor' on market for $165 million

Gallery View | Expand View

### One of LA's grandest homes has had a huge price increase



Coldwell Banker / Westside Estate A

PROPERTY

A super-luxury Californian estate – known as The Manor ·
million (£121m) just three years after it sold for just shy of
House and boasting 123 rooms, let's take a look inside this
history...

### A grand estate

Read more

## New Cases Allege Bank of America / Merrill Lynch Aided and Abetted 'Real Housewives' Tom and Erika Girardi Massive Fraud Scheme in Posing as Victim's Father and Widow to Steal $27.459B of Victim's Sovereign Towers Settlement and Purchase of Spelling Manor: Bank Still Refusing to Help the Victims

**Jul 14, 2022 11:45 AM ET**

**Legal Newswire POWERED BY LAW.COM**

Contact: pressinquiries@thehollywoodlanddevelopmentcompany.com

**BEVERLY HILLS, CALIFORNIA, USA** - The unopposed civil case for negligence is for the return from Berkshire Hathaway (NYSE: BRK) owned-Bank of America Corporation (NYSE: BAC) for the Victim and Plaintiff, Chairman and CEO of The Hollywood Land Development Company LLC, Nicholas Phipps White's $27.459 billion Sovereign Towers settlement, issued as a U.S. Treasury check, in addition to the return of the Victim's home from West Coast Escrow Company, a subsidiary of Anywhere Real Estate Inc. (NYSE: HOUS), titled by Fidelity National Title, a subsidiary of Fidelity National Financial (NYSE: FNF).

The negligence case filed more than a year ago on June 7, 2021 _Nicholas Phipps White vs. Bank of America, N.A. and Merrill Lynch, Pierce, Fenner and Smith Incorporated_, which in part will assist the 500+ Victims owed $517,000,000 of the Girardi Bankruptcy, has been assigned to former U.S. Navy JAG, The Honorable Judge Mark Blumstein of the Miami-Dade County, Florida 11th Circuit Court. An additional civil fraud case was filed on July 2, 2022 in the United States District Court for the Central District of California with the Honorable Federal Judge George H. Wu _Nicholas Phipps White vs. Anywhere Real Estate Inc._ for Anywhere Real Estate Inc. for the return of the Victim's home by correcting the grant deed for the Plaintiff regarding the property located at 594 South Mapleton Drive, Los Angeles, CA 90024 (APN: 4359-013-032), also known as the "Spelling Manor", which was purchased with the Victim's funds from Bank of America / Merrill Lynch global consumer account (649-13284) without his knowledge on July 2, 2019.

The unopposed Bank of America lawsuit alleges that "the Defendants" Bank of America's CEO Brian T. Moynihan and Merrill Lynch's President Andrew Sieg, were negligent in allowing a global Merrill Lynch consumer account (649-13284) to be fraudulently opened three years ago, on June 7, 2019 at the Merrill Lynch Coral Gables, FL location more than 3,000 miles away from and without the Plaintiff's knowledge an existing customer of Bank of America and resident of California, with a fraudulent Italian passport and a forged unrecorded birth certificate for the Plaintiff by disgraced and disbarred attorney Tom Girardi, naming 83-year old Girardi as his father, and a fraudulent unrecorded marriage certificate naming 51-year old Erika Girardi, posing as a fictitious "Erika White", as his wife and now widow. The fraudulent Italian passport Bank of America accepted was illicitly obtained from the Italian Consulate in San Francisco by Tom Girardi (who was actually born in Italy and immigrated to the U.S. in 1954) with now expired immigration papers. Girardi could face deportation from the United States.

Disgraced Tom Girardi's 51-year old wife, the _Real Housewives of Beverly Hills_ (RHOBH) reality performer, Erika Nichole Girardi (aka Erika Jayne), fraudulently posed as a fabricated "Erika White", who perpetrated to be the wife and widow of Plaintiff, Nicholas Phipps White, Chairman and CEO of The Hollywood Land Development Company in California. Bank of America/Merrill Lynch aided and abetted Erika Girardi by accepting, among other forged documents, illegitimate and unrecorded Letters of Probate, granting her control as the Administrator of the Merrill Lynch global consumer account (649-13284). Bank of America's Former U.S. Secretary of State and U.S. Senator John Kerry served as Bank of America's Global Advisory Council Chairman which included Bank of America's CEO Brian Moynihan from October 2017 - January 2021 knew the actual Plaintiff's father from Yale University in New Haven, Connecticut where the Plaintiff was born, Managing Director of the Sovereign Towers, architect Mr. Lawrence Phipps White, grandson of U.S. Senator Lawrence Phipps, former Treasurer of Carnegie Steel, now part of U.S. Steel.

The Girardi's scheme, aided and abetted by Bank of America, was intentionally done in order to conceal the $27.459 billion-dollar Sovereign Towers settlement and to prevent the Plaintiff Nicholas Phipps White, who is the legitimate owner of the account (649-13284), to not have any access to even one dollar of his account, while the Defendants allowed Erika Girardi and others to unlawfully spend from the Plaintiff's global account. Additionally, Bank of America / Merrill Lynch issued more than 25+ unauthorized Visa debit cards to Erika Girardi from the Plaintiff's global account for a vast network of friends, political operatives, and associates of the Democrat political fundraiser Tom Girardi and his wife Erika Girardi to illicitly use. Previously, Bank of America had allowed fraudulent money transfers from the Plaintiff's Merrill Lynch account (649-13284) to the vast network of friends, political operatives and associates of Tom and Erika Girardi across 16 states through Bank of America's "Erica" virtual financial assistant launched in June 2018, and utilized the Bank of America-owned "Zelle" payment platform which allows transfer of funds of $2,500 daily from the Plaintiff's account, assisted by Devon Investment Advisory, owned by Archer Systems, investment advisor associates of Tom Girardi's that Bank of America illicitly approved, with Devon Investment Advisory previously terminated by SEC. Subsequently, beginning in April 2021, Bank of America converted more than $14 billion of Nicholas Phipps White's funds from his Merrill Lynch global account to Bank of America's "$25 billion stock buy-back" that was announced in early 2021.

Other unauthorized transactions Bank of America aided and abetted the Girardi's with funded the wire transfer from the Merrill Lynch account (649-13284), in the amount of $119,750,000 for the purchase on July 2, 2019, disguised as an LLC without his knowledge as the "anonymous buyer" of the alleged "birthday present" for the Plaintiff's wife of the "Spelling Manor" located at 594 South Mapleton Drive in Los Angeles, CA 90024 (APN: 4359-013-032). This property was co-listed by The Agency and Anywhere Real Estate Inc.'s Coldwell Banker Realty and the Plaintiff was disguised as an "anonymous buyer" represented by the recently deceased Jeff Hyland of Hilton & Hyland with the escrow by West Coast Escrow Company of Beverly Hills, CA and titling of the property by Fidelity National Title Group of Los Angeles.

Subsequently, Nicholas Phipps White, without his knowledge of the home purchase, has been subjected to paying monthly utility bills from his global Merrill Lynch account that were as high as $29,932.70 to the Los Angeles Department of Power and Water, while the vast network of friends, political operatives and associates of Tom and Erika Girardi, used the Plaintiff's house for lavish entertaining. Additionally, the Plaintiff's home was illicitly managed by staff from ABM Industries (NYSE: ABM) brought in from their New York offices at One Liberty Plaza, the building of the original headquarters of Merrill Lynch. The Plaintiff has been subjected to paying from the Plaintiff's Merrill Lynch account for lavish around-the-clock "embassy style" security services to ABM for the Girardi's and their friends, operatives, and associates at the Plaintiff's home.

The current listing of the Spelling Manor property initiated by Erika Girardi posing "Erika White" as the widow of the Plaintiff, was suspended on March 22, 2022 after the fraudulent wire from Bank of America from the July 2, 2019 purchase of the Spelling Manor was reported by the Plaintiff, the owner of the home, to U.S. Attorney General Garland at the U.S. Department of Justice.

The Plaintiff, Mr. Nicholas Phipps White, who is an existing customer of Bank of America, had previously and urgently attempted to contact Bank of America's Chairman and CEO Brian T. Moynihan more than 104 times to report the massive fraud and unconscionable acts allowed to be committed by Tom and Erika Girardi. In fact, Bank of America's CEO Brian Moynihan had previously known Tom Girardi and received payment from the Plaintiff's Merrill Lynch account to aid and abet the fraud. The Plaintiff has also requested the immediate closure of his Merrill Lynch account (649-13284) and the return of his funds. Brokers' licenses for both Bank of America's Brian Moynihan, Merrill Lynch's President Andrew Sieg and Devon Investment Advisory owned by Archer Systems misconduct, were reported to the Securities and Exchange Commission, which is regulated by Financial Industry Regulatory Authority (FINRA).

The missing U.S. Treasury Sovereign Towers settlement check from February 26, 2021, which was reported on April 26, 2021 to U.S. Attorney General Merrick Garland and occurred during the tenure of Acting U.S. Attorney General Monty Wilkinson and U.S. Treasury Secretary Janet Yellen, was given to and illicitly deposited by Erika Girardi (who was posing as the Plaintiff's widow Erika White) into the Merrill Lynch global account (649-13284). The subsequent 25+ Visa debit card fraud at Merrill Lynch, has been properly reported to U.S. Attorney Garland on September 8, 2021 which led to one of the largest financial institution leadership shakeups announced by Bank of America on September 10, 2021. The U.S. Attorney's Office for the Central District of California, California Attorney General Rob Bonta and Los Angeles Police Department (LAPD) Sheriff Alex Villanueva had been notified regarding the fraud.

Additionally, the matter for the return of the Sovereign Towers settlement to the Plaintiff had been submitted by the Plaintiff's Senator Dianne Feinstein to the bi-partisan U.S. Senate Judiciary Committee in regards to outreach for the Girardi Victims to Attorney General Garland at the U.S. Department of Justice. Moreover, the U.S. Secretary of Homeland Security Alejandro Nicholas Mayorkas has been notified regarding the passport fraud at Bank of America by Italian native Tom Girardi on U.S. citizen Nicholas Phipps White at the Italian Consulate in San Francisco, whose previous Consul General Lorenzo Ortona abruptly departed in June 29, 2021 after the Bank of America was filed on June 7, 2021.

The violations by the realtors and attorneys regarding the Spelling Manor, which include fellow reality cast members: Rick Hilton of Hilton & Hyland and Mauricio Umansky of The Agency, in addition to Coldwell Banker Realty Tony Papillo, Jade Mills and Michael Caruso, Broker for California for The Agency, have been reported to the California Department of Real Estate for investigation. Attorney misconduct complaints have been filed to the California State Bar on Tom Girardi of the now defunct Girardi & Keese law firm, in addition, to Bank of America's owner Berkshire Hathaway's Vice-Chairman attorney Charlie Munger, friend of Girardi and fellow Pasadena, CA resident, founder of the law firm Munger, Tolles and Olson of Los Angeles and who recently resigned on March 28, 2022, as Chairman of The Daily Journal Corporation (NASDAQ: DJCO) after the fraud was reported to the Attorney General Garland on March 22, 2022 that his publication *The Daily Journal* in Los Angeles aided Erika Girardi in running a fraudulent legal notice for the illegitimate manufactured "Erika White" Bank of America accepted.

In addition, attorney complaints were submitted on California attorney Dennis Roach of Clinton Development Inc. who posed as a fraudulent property manager for the Plaintiff's property "Spelling Manor" and CEO of 594 Mapleton LLC, and developer/real estate attorney Rick Caruso, current Los Angeles mayoral candidate, friend of Tom Girardi and related to Michael Caruso from The Agency, which the California State Bar records show surrendered his law license on July 2, 2019, the day of the 594 South Mapleton Drive, Los Angeles, CA 90024 transaction from the Plaintiff's Bank of America/Merrill Lynch global account.

The illegitimate unrecorded death certificate Bank of America /Merrill Lynch accepted from Erika Girardi posing as the Plaintiff's widow was signed in 2020 by resident student Dr. Narek O. Torosyan DO for which he received payment from the Plaintiff's Merrill Lynch account, which in part was used to pay off his medical school loans. Dr. Torosyan had worked with Tom Girardi's celebrity family physician, San Francisco-native Dr. James Keller Wortham MD from the Optimum Wellness Group of Glendale, CA, formerly the practice of deceased Church of Scientology physician, Dr. G. Meghan Shields who died in 2016. Consequently, Dr. Wortham's partner

2/4

# EXHIBIT 5

Recorded    Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ 13.00

\* S R 0 0 1 4 0 2 1 0 0 4 S \*

**2022000341130 4:14 pm 10/20/22**

214 CR-SC05 G02   3 07

30250.00 30250.00 0.00 0.00 6.00 0.00 0.000.00 0.00

RECORDING REQUESTED BY:
**Fidelity National Title**
Order No. 00362034-994
Escrow No. 64204-GJ
Parcel No. 489-181-06

**AND WHEN RECORDED MAIL TO:**

US NO. 8 LLC, A CALIFORNIA
LIMITED LIABILITY COMPANY
2 CORAL RIDGE
NEWPORT BEACH, CA 92657

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S) THAT DOCUMENTARY TRANSFER TAX IS $60,500.00

☒  computed on full value of property conveyed, or
☐  computed on full value less liens or encumbrances remaining at the time of sale.
☐  unincorporated area:            ☒  **Newport Beach**, and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

**Terry Dubrow and Heather Dubrow, Co-Trustees of The Dubrow Family Trust Dated November 27, 2017**

hereby GRANT(S) to

**US No. 8 LLC, A California Limited Liability Company**

the following described real property in the County of **Orange**, State of California:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.

Commonly known as: **2 Coral Ridge, Newport Beach, CA  92657**

Page 1

GRANT DEED CONTINUED ON PAGE 2

Mail Tax Statement to: SAME AS ABOVE or Address Noted Below

Date    September 28, 2022

Terry Dubrow and Heather Dubrow, Co-Trustees of
The Dubrow Family Trust Dated November 27, 2017

By: Terry Dubrow, Co-Trustee

TERRY DUBROW

By: Heather Dubrow, Co-Trustee

HEATHER DUBROW

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA         }S.S.
COUNTY OF Orange

On October 2, 2022 , before me, Brittany Barr, Notary public ,

personally appeared Terry Dubrow and Heather Dubrow

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

BRITTANY BARR
Notary Public - California
Los Angeles County
Commission # 2330307
My Comm. Expires Jul 12, 2024

**EXHIBIT A**

**LEGAL DESCRIPTION**

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF NEWPORT BEACH, IN THE COUNTY OF ORANGE, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

PARCEL 1

LOT 44 OF TRACT NO. 16457, IN THE CITY OF NEWPORT COAST, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS SHOWN ON A MAP RECORDED IN BOOK 873, PAGES 33 THROUGH 47, INCLUSIVE, OF MISCELLANEOUS MAPS IN THE OFFICE OF THE COUNTY RECORDER FOR ORANGE COUNTY, CALIFORNIA, AND AS CORRECTED BY THAT CERTAIN CERTIFICATE OF CORRECTION RECORDED AUGUST 22, 2007 AS INSTRUMENT NO. 2007-0522883 OF OFFICIAL RECORDS OF SAID ORANGE COUNTY.

EXCEPTING THEREFROM, ALL OIL, MINERAL AND OTHER RELATED RIGHTS AS RESERVED TO THE IRVINE COMPANY LLC, ITS SUCCESSORS AND ASSIGNS, IN THE GRANT DEED RECORDED ON APRIL 18, 2003, AS INSTRUMENT NO. 2003-000436059 OF OFFICIAL RECORDS.

PARCEL 2;

NONEXCLUSIVE EASEMENTS FOR INGRESS, EGRESS, ACCESS, MAINTENANCE, REPAIRS, DRAINAGE, SEWER LATERAL CONNECTIONS, ENCROACHMENT, SUPPORT, USE, ENJOYMENT AND ALL OTHER PURPOSES AS MORE PARTICULARLY SET FORTH IN THE MASTER DECLARATION, NOTICE OF ANNEXATION, CUSTOM LOT DECLARATION, AMENDMENT TO CUSTOM LOT DECLARATION, THE DECLARATION ESTABLISHING ACCESS EASEMENT RIGHTS AND CUSTOM LOT ENTRY GATE SPECIAL BENEFIT AREA REFERENCED BELOW, COMPLETION OF CONSTRUCTION OF DWELLINGS SUPPLEMENTAL DECLARATION REFERENCED BELOW, REAR SEWER LATERAL SUPPLEMENTARY DECLARATION REFERENCED BELOW, IF APPLICABLE, AND DRIVEWAY EASEMENT DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS RECORDED SEPTEMBER 27, 2000, AS INSTRUMENT NO. 2000-511085, OF OFFICIAL RECORDS.

APN: **489-181-06**

# EXHIBIT 6

 

**This page is part of your document - DO NOT DISCARD**



## 20230105234



Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**02/17/23 AT 08:00AM**

**Pages:**
**0004**

| | |
|---|---|
| FEES: | 28.00 |
| TAXES: | 308,000.00 |
| OTHER: | 0.00 |
| PAID: | 308,028.00 |



**LEADSHEET**



202302173270014

**00023205592**



013924953

**SEQ:**
**01**

SECURE - 8:00AM



**THIS FORM IS NOT TO BE DUPLICATED**



E269820

368341

RECORDING REQUESTED BY:
**FIDELITY NATIONAL TITLE COMPANY**

**AND WHEN RECORDED MAIL TO:**
US No.3 LLC
71 Beverly Park
Beverly Hills, CA 90210

Order No.: 00368341-994AW
Escrow No.: 4510223-00293-BB
A.P.N.: 4386-013-020

SPACE ABOVE THIS LINE IS FOR RECORDER'S USE
# GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S)
DOCUMENTARY TRANSFER TAX IS $ 60,500.00

CITY TRANSFER TAX IS $ 247,500.00

[ X ]   computed on full value of property conveyed, or
[ ]   computed on full value less value of liens or encumbrances remaining at time of sale.
[ ]   unincorporated area   [ X ] City of **Los Angeles** AND

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
**Mark R. Wahlberg, Trustee of Mark Wahlberg Trust dated 11.11.2002**
hereby GRANT(S) to
**US No.3 LLC, a California LLC**

the following described real property in the County of **Los Angeles**, State of California:

See Exhibit "A" attached hereto and made a part hereof for complete legal description.

AKA: 71 Beverly Park, Beverly Hills, CA 90210
Dated: **January 19, 2023**

Mark Wahlberg Trust dated 11.11.2002

By: **Mark R. Wahlberg, Trustee**

MARK R. WAHLBERG

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

STATE OF CALIFORNIA
COUNTY OF Los Angeles                    )SS.

On February 15, 2023 before me Anne E. Larkin _____ Notary Public, personally appeared _
**Mark R. Wahlberg** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s), acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
          Signature of Notary
Commission Expiration Date: 10/16/2023

ANNE E. LARKIN
COMM. #2305790
Notary Public - California
Los Angeles County
My Comm. Expires Oct. 16, 2023

MAIL TAX STATEMENTS: To the parties as shown above

# TRUE COPY CERTIFICATION

(Government Code 27361.7)

_Los Angeles_ , **California**

**Place of Execution (City and State)**

I certify under penalty of perjury that this material is a true copy of the original material contained in this document.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

State of _____
County of _____

On _____ before me, _____, Notary Public personally appeared _____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

**eRecording Partners Network**

2/16/2023

**Date**

By: _____

**Signature of Declarant**

_Marta Bautista_

**Type or Print Name**

## EXHIBIT A

## LEGAL DESCRIPTION

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF LOS ANGELES, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

PARCEL 1:

LOT 54 OF TRACT NO. 38057, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 1117 PAGES 11 TO 26 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM THE OIL, GAS, MINERALS, AND OTHER HYDROCARBON SUBSTANCES LYING BELOW THE SURFACE OF SAID LAND.

PARCEL 2:

A NON-EXCLUSIVE EASEMENT APPURTENANT TO SAID LOT 54 ABOVE, FOR INGRESS AND EGRESS, OVER AND ACROSS PORTIONS OF SAID LAND DEFINED AND DELINEATED AS "PRIVATE STREETS" ON THE MAP OF SAID TRACT NO. 38057.

APN: 4386-013-020

Add Price Drop Protection and we'll pay you back
if your flight becomes cheaper

Book now →

HOME / MOGULS / POWER PLAYERS

## Mark Wahlberg's $55 Million Mansion Sold to Buyer of Heather Dubrow's Newport Chatea

By **James McClain**   February 23, 2023 6:56 pm PT

f   ✉   𝓅   +



Anthony Barcelo; YouTube; Aaron Davidson/Getty Images; JB Lacroix/Stringer/WireImage

👤 Seller          **Mark Wahlberg**

📍 Location        **Beverly Park, Los Angeles, Calif.**

💲 Price           **$55 million**

🕒 Year            **2014**

VIEW MORE

It wasn't quite the blockbuster sale he originally wanted, but Mark Wahlberg has nonetheless managed to unload his palatial Los Ange
The unapologetically opulent mansion, located within the infamous Beverly Park enclave, went for $55 million in a cash deal.

The unnamed foreign buyers were widely rumored to hail from Asia, and property records now indicate they have ties to Hong Kong a
China. But beyond that, records also confirm these are the very same shadowy individuals — their names remain a mystery, for now —
four months ago dropped *another* $55 million for the titanic mansion of reality TV stars Terry and Heather Dubrow, down on Californ

...er. Custom-built for the actor, created by mega architect Richard Landry and decorated by noted designer Annette English, the ornate French-style behemoth crushes the proverbial s more than 30,000 square feet of living space. There are 12 bedrooms and an incredible 20 bathrooms scattered around the 6-acre com which includes a massive main house and several additional structures.

Wahlberg acquired the property way back in 2009 as vacant land, paying only about $8 million, and the highly individualistic estate w completed circa 2014. First listed nearly a year ago at $87.5 million, the estate's asking price dipped to $79 million before the buyers c with their lowball offer. While $55 million is still impressive, it's nowhere near Beverly Park's price record — $70 million, set last year Kong tycoon Hao Tang. Just a few weeks before that, Adele paid $58 million for Sylvester Stallone's Beverly Park digs.

Home highlights are almost too numerous to recount, but they include a two-story library, a living room with two fireplaces, a gourme with two islands, a mirror-walled gym, wine cellar with tasting room, movie theater and upstairs master retreat with decadently bespo closets and marble bathrooms.

Outside, the estate features a huge motorcourt with parking for dozens of cars, manicured gardens, a tennis court with viewing pavilion custom skate park, a detached guesthouse and grotto-style pool with waterfalls and Baja sunbathing shelves.

Wahlberg and wife Rhea Durham are moving to Las Vegas, where last year they spent more than $30 million to buy a luxury mansion parcels of vacant land.

As for the mystery buyers, who have now spent $110 million in four months on two ultra-luxe SoCal homes, we'd guess they will use th Park mansion as their main residence, and the Newport Coast villa as a very swank vacation home, though that remains to be confirme

Photo : Anthony Barcelo

/ERTISEMENT

# EXHIBIT 7



# PHIPPS



June 1, 2022

Avenue 5 Residential                    **VIA EMAIL (URGENT)**
CEO Mr. Walt Smith
Avenue 5 California Inc. (02034255)
7545 Irvine Center Drive; Suite 200
Irvine, CA 92618; attn: Corporate Officer Gerard Stephen Donohue Jr. (License No. 01265072)

## NOTICE OF REQUEST TO TERMINATION OF LEASE FROM MAY 2019 TO PRESENT)

Dear Mr. Smith:

My name is Nicholas Phipps White, Chairman and CEO of The Hollywood Land Development Company. I am 53 years old and a California resident. Please have this serve as NOTICE that in regards to the G12 Apartments that you manage at 1200 South Grand Avenue, Los Angeles, CA 90015, apartment #550 that was rented to an alleged "Nicholas White", who in reality is the step-son of disbarred, disgraced former attorney Thomas V. Girardi of defunct Girardi and Keese. As of Monday, April 4, 2022 the unauthorized individual continues to reside in the unit #550 at G20 apartments and continues to commit identity theft (please *see* **"Exhibit A"**) respectively.

I understand your lease records would have the same signature from the court records which are those of Tom Girardi. Disgraced attorney Tom Girardi, an immigrant from Italy with falsified and expired immigration papers, has fraudulently posed as my father, and even went so far as to forge birth certificates and illegally obtain an Italian passport in an illicit effort to open a Bank of America/Merrill Lynch global account. In fact, Tom Girardi, in addition to his wife Erika Girardi and other associates and accomplices are currently under Federal Investigation.

Please be clear, that I have never authorized the rental of this apartment unit #550. It appears there is a male, age 27, by the real name of Thomas Zizzo, who has been living in apartment unit #550. The monthly rent for apartment unit #550 has been illicitly paid from my Bank of America / Merrill Lynch account: 649-13284. Documents showing this address in other related falsified court records from May 09, 2019, have been reported to local, state and Federal law enforcement offices in California. The Honorable U.S. Attorney General Garland of the U.S. Department of Justice has been notified on March 22, 2022, and again on April 19, 2022. I reported to DOJ that it was discovered that a property in Los Angeles, CA was rented without my knowledge.

We understand that the records show at the California Department of Real Estate that a license for Avenue 5 has been surrendered. This matter will be reported to the appropriate agencies respectively for current/retroactive action and immediate of investigation of serious fraud and grave misconduct. I can be reached directly at (415) 539-6760 or at email: mw@thehollywoodlanddevelopmentcompany.com to confirm this matter has been closed immediately.

Respectfully submitted,

*Nicholas Phipps White*

**NICHOLAS PHIPPS WHITE**
324 South Beverly Drive, Suite 489
Beverly Hills, CA 90212 (415) 539-6760
ceo@thehollywoodlanddevelopmentcompany.com

cc: U.S. Attorney General of the United States, Merrick B. Garland; U.S Attorney Tracy Wilkison Central CA;
California Attorney General Rob Bonta; Los Angeles County Sheriff Alex Villanueva

1

**Resident Ledger**



Date: 06/01/2022

| Code | t1556050 | Property | sc18016 | Lease From | 08/02/2021 |
|------|----------|----------|---------|------------|------------|
| Name | Nicholas White | Unit | 550 | Lease To | 08/01/2022 |
| Address | 1200 S Grand Avenue | Status | Current | Move In | 04/18/2018 |
| | 550 | Rent | 2095.00 | Move Out | |
| City | Los Angeles, CA 90015 | Phone (H) | (818) 355-4317 | Phone (W) | |

| Date | Chg Code | Description | Charge | Payment | Balance | Chg/Rec |
|------|----------|-------------|--------|---------|---------|---------|
| 04/18/2018 | sdep | Security Deposit on Hand at Conversion | 500.00 | | 500.00 | 8279621 |
| 04/18/2018 | petd | Pet Deposit on Hand at Conversion | 50.00 | | 550.00 | 8279622 |
| 04/18/2018 | | | | 500.00 | 50.00 | 3108873 |
| 04/18/2018 | | | | 50.00 | 0.00 | 3108874 |
| 11/01/2019 | rent | Rent (11/2019) | 2,034.00 | | 2,034.00 | 8289431 |
| 11/01/2019 | prkg | Parking (11/2019) | 175.00 | | 2,209.00 | 8289741 |
| 11/01/2019 | utsf | Other Reimbursed Costs - 11/01/19-11/30/19 | 7.60 | | 2,216.60 | 8298464 |
| 11/01/2019 | rele | Reimbursed Electric - 08/28/19-09/27/19 | 52.47 | | 2,269.07 | 8298465 |
| 11/01/2019 | rgas | Reimbursed Gas - 09/01/19-10/01/19 | 8.18 | | 2,277.25 | 8298466 |
| 11/01/2019 | rpes | Reimbursed Pest Control - 09/01/19-10/01/19 | 3.00 | | 2,280.25 | 8298467 |
| 11/01/2019 | rsew | Reimbursed Sewer - 09/01/19-10/01/19 | 12.58 | | 2,292.83 | 8298468 |
| 11/01/2019 | rtra | Reimbursed Trash - 09/01/19-10/01/19 | 5.86 | | 2,298.69 | 8298469 |
| 11/01/2019 | rwat | Reimbursed Water - 09/01/19-10/01/19 | 15.70 | | 2,314.39 | 8298470 |
| 11/06/2019 | | chk# :ACH-WEB Online Payment - EFT Payment. Mobile Web - Resident Services | | 2,314.39 | 0.00 | 3145385 |
| 12/01/2019 | utsf | Other Reimbursed Costs - 12/01/19-12/31/19 | 7.60 | | 7.60 | 8509265 |
| 12/01/2019 | rele | Reimbursed Electric - 09/27/19-10/29/19 | 72.51 | | 80.11 | 8509266 |
| 12/01/2019 | rgas | Reimbursed Gas - 10/01/19-11/01/19 | 7.78 | | 87.89 | 8509267 |
| 12/01/2019 | rpes | Reimbursed Pest Control - 10/01/19-11/01/19 | 3.00 | | 90.89 | 8509268 |
| 12/01/2019 | rsew | Reimbursed Sewer - 10/01/19-11/01/19 | 15.74 | | 106.63 | 8509269 |
| 12/01/2019 | rtra | Reimbursed Trash - 10/01/19-11/01/19 | 7.72 | | 114.35 | 8509270 |
| 12/01/2019 | rwat | Reimbursed Water - 10/01/19-11/01/19 | 21.41 | | 135.76 | 8509271 |
| 12/01/2019 | insu | 11/10/19 - 12/10/19 ¦ PVI INSURANCE | 10.75 | | 146.51 | 8535905 |
| 12/01/2019 | insu | 11/12/19 - 12/12/19 ¦ PVI INSURANCE | 10.75 | | 157.26 | 8535907 |
| 12/01/2019 | rent | Rent (12/2019) | 2,034.00 | | 2,191.26 | 8647062 |
| 12/01/2019 | prkg | Parking (12/2019) | 175.00 | | 2,366.26 | 8647361 |
| 12/10/2019 | | chk# :ACH-WEB Online Payment - EFT Payment. Mobile Web - Resident Services | | 2,366.26 | 0.00 | 3272563 |
| 01/01/2020 | utsf | Other Reimbursed Costs - 01/01/20-01/31/20 | 7.60 | | 7.60 | 8748906 |
| 01/01/2020 | rele | Reimbursed Electric - 10/29/19-12/02/19 | 44.96 | | 52.56 | 8748908 |
| 01/01/2020 | rgas | Reimbursed Gas - 11/01/19-12/01/19 | 9.33 | | 61.89 | 8748910 |
| 01/01/2020 | rpes | Reimbursed Pest Control - 11/01/19-12/01/19 | 3.00 | | 64.89 | 8748912 |
| 01/01/2020 | rsew | Reimbursed Sewer - 11/01/19-12/01/19 | 16.21 | | 81.10 | 8748914 |
| 01/01/2020 | rtra | Reimbursed Trash - 11/01/19-12/01/19 | 7.03 | | 88.13 | 8748916 |
| 01/01/2020 | rwat | Reimbursed Water - 11/01/19-12/01/19 | 21.76 | | 109.89 | 8748918 |
| 01/01/2020 | insu | 12/12/19 - 01/12/20 ¦ PVI INSURANCE | 10.75 | | 120.64 | 8916351 |
| 01/01/2020 | rent | Rent (01/2020) | 2,034.00 | | 2,154.64 | 9027349 |
| 01/01/2020 | prkg | Parking (01/2020) | 175.00 | | 2,329.64 | 9027644 |
| 01/03/2020 | | chk# :ACH-WEB Online Payment - EFT Payment. Mobile Web - Resident Services | | 2,329.64 | 0.00 | 3370493 |
| 02/01/2020 | utsf | Other Reimbursed Costs - 02/01/20-02/29/20 | 7.60 | | 7.60 | 9142521 |
| 02/01/2020 | rele | Reimbursed Electric - 12/02/19-01/02/20 | 56.35 | | 63.95 | 9142525 |
| 02/01/2020 | rgas | Reimbursed Gas - 12/01/19-01/01/20 | 11.45 | | 75.40 | 9142528 |
| 02/01/2020 | rpes | Reimbursed Pest Control - 12/01/19-01/01/20 | 3.00 | | 78.40 | 9142531 |
| 02/01/2020 | rsew | Reimbursed Sewer - 12/01/19-01/01/20 | 17.19 | | 95.59 | 9142534 |
| 02/01/2020 | rtra | Reimbursed Trash - 12/01/19-01/01/20 | 6.43 | | 102.02 | 9142537 |
| 02/01/2020 | rwat | Reimbursed Water - 12/01/19-01/01/20 | 23.09 | | 125.11 | 9142538 |
| 02/01/2020 | rent | Rent (02/2020) | 2,034.00 | | 2,159.11 | 9416336 |

Electronically FILED by Superior Court of California,   y of Los Angeles on 06/14/2022 01:46 PM Sherri R. Carter, Exec   Officer/Clerk of Court, by H. Chavez,Deputy Clerk
22NWLC13380

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Robert Scott Kennard, SBN 117017<br>Jeremy Wachtman, SBN 259992<br>NELSON & KENNARD          File No. 22-08346-0<br>5011 Dudley Blvd, Bldg 250, Bay G,<br>McClellan, CA 95652<br>P.O. Box 13807, Sacramento, CA  95853<br>TELEPHONE NO.: (916) 920-2295    FAX NO. *(Optional):* (916) 920-0682<br>ATTORNEY FOR *(Name):* BANK OF AMERICA, N.A. | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
STREET ADDRESS:     12720 NORWALK BLVD.
MAILING ADDRESS:    12720 NORWALK BLVD.
CITY AND ZIP CODE:     NORWALK, CA  90650
BRANCH NAME:    SOUTHEAST DISTRICT-NORWALK COURTHOUSE-LIMITED CIVIL

CASE NAME: BANK OF AMERICA, N.A., v. NICHOLAS BRITT WHITE, Et al.

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER: |
|---|---|---|---|
| [ ] Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | [X] Limited<br>(Amount<br>demanded is<br>$25,000 or less) | [ ] Counter    [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | 22NWLC13380<br>JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation |
|---|---|---|
| [ ] Auto (22)<br>[ ] Uninsured motorist (46)<br>**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**<br>[ ] Asbestos (04)<br>[ ] Product liability (24)<br>[ ] Medical malpractice (45)<br>[ ] Other PI/PD/WD (23)<br>**Non-PI/PD/WD (Other) Tort**<br>[ ] Business tort/unfair business practice (07)<br>[ ] Civil rights (08)<br>[ ] Defamation (13)<br>[ ] Fraud (16)<br>[ ] Intellectual property (19)<br>[ ] Professional negligence (25)<br>[ ] Other non-PI/PD/WD tort (35)<br>**Employment**<br>[ ] Wrongful termination (36)<br>[ ] Other employment (15) | [ ] Breach of contract/warranty (06)<br>[X] Rule 3.740 collections (09)<br>[ ] Other collections (09)<br>[ ] Insurance coverage (18)<br>[ ] Other contract (37)<br>**Real Property**<br>[ ] Eminent domain/inverse condemnation (14)<br>[ ] Wrongful eviction (33)<br>[ ] Other real property (26)<br>**Unlawful Detainer**<br>[ ] Commercial (31)<br>[ ] Residential (32)<br>[ ] Drugs (38)<br>**Judicial Review**<br>[ ] Asset forfeiture (05)<br>[ ] Petition re: arbitration award (11)<br>[ ] Writ of mandate (02)<br>[ ] Other judicial review (39) | **(Cal. Rules of Court, rules 3.400 – 3.403)**<br>[ ] Antitrust/Trade regulation (03)<br>[ ] Construction defect (10)<br>[ ] Mass tort (40)<br>[ ] Securities litigation (28)<br>[ ] Environmental/Toxic tort (30)<br>[ ] Insurance coverage claims arising from the above<br>listed provisionally complex case types (41)<br>**Enforcement of Judgment**<br>[ ] Enforcement of judgment (20)<br>**Miscellaneous Civil Complaint**<br>[ ] RICO (27)<br>[ ] Other complaint *(not specified above)* (42)<br>**Miscellaneous Civil Petition**<br>[ ] Partnership and corporate governance (21)<br>[ ] Other petition *(not specified above)* (43) |

2. This case [ ] is  [X] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states or countries, or in a federal court
   f. [ ] Substantial post-disposition judicial supervision
3. Remedies sought *(check all that apply):* a. [X] monetary   b. [ ] nonmonetary; declaratory or injunctive relief   c. [ ] punitive
4. Number of causes of action *(specify):*   ONE
5. This case [ ] is  [X] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: June 3, 2022

Jeremy Wachtman
(TYPE OR PRINT NAME)

▶                                                          (SIGNATURE OF PLAINTIFF OR ATTORNEY)

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. September 1, 2021]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400 – 3.403, 3.740;
Cal. Standards of Judicial Administration, std 3.10
*www.courtinfo.ca.gov*

**BANK OF AMERICA** 〰

P.O. BOX 15284
WILMINGTON, DE 19850

**Customer Service Information:**
www.bankofamerica.com
1.800.421.2110
**Mail billing inquiries to:**
Bank of America
P.O. Box 982234
El Paso TX 79998-2234
**Mail payment to:**
Bank of America
P.O. Box 15019
Wilmington DE 19886-5019

NICHOLAS BRITT WHITE
1200 S GRAND AVE APT 550
LOS ANGELES CA 90015-3953

February 12 - March 11, 2021
Account# ▮▮▮▮▮ 1027

## Account Summary

| | |
|---|---|
| Previous Balance | $2,554.67 |
| Payments and Other Credits | $0.00 |
| Purchases and Adjustments | $0.00 |
| **Fees Charged** | **$0.00** |
| **Interest Charged** | **$37.48** |
| New Balance Total | $2,592.15 |
| Total Credit Line | $2,000.00 |
| Total Credit Available | $0.00 |
| Cash Credit Line | $200.00 |
| Portion of Credit Available for Cash | $0.00 |
| Statement Closing Date | 03/11/2021 |
| Days in Billing Cycle | 28 |

## Payment Information

| | |
|---|---|
| New Balance Total | $2,592.15 |
| Current Payment Due | $63.00 |
| Past Due Amount | $633.00 |
| Total Minimum Payment Due | $696.00 |
| Payment Due Date | 04/08/2021 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to **$39.00** and your APRs may be increased up to the Penalty APR of **29.99%**.
**Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the Total Minimum Payment | 11 years | $4,680.00 |

If you would like information about credit counseling services, call 866.300.5238.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮ 1027

BANK OF AMERICA
P.O. BOX 15019
WILMINGTON DE 19886-5019

Account Number: ▮▮▮▮▮ 1027

| | |
|---|---|
| New Balance Total | $2,592.15 |
| Total Minimum Payment Due | $696.00 |
| Payment Due Date | 04/08/2021 |

NICHOLAS BRITT WHITE
1200 S GRAND AVE APT 550
LOS ANGELES CA 90015-3953

Enter payment amount   $

*For change of address/phone number, see reverse side.*
*Make your payment online at www.bankofamerica.com or*
**Mail this coupon along with your check payable to: Bank of America**

▮▮▮▮▮▮    ▮▮▮▮▮▮▮▮   ﹏0 2 7¡﹏

ROBERT SCOTT KENNARD   Licensed in CA, WA, and DC
JAMIE FORBES   Licensed in CA and OR
JOHN GORDON   Licensed in CA
MARVIN DANG   Licensed in HI
JASON OLIVER   Licensed in HI
CHRISTOPHER E. MUMM   Licensed in NV and CA
GLORIA ZARCO   Licensed in LA
RENEE FURUTA-BARNUM   Licensed in HI
MICHELLE P. HANNA   Licensed in CO
BENJAMIN METTIAS   Licensed in CA
JANNIER RASA   Licensed in CA
CHRISTOPHER N. DANNA   Licensed in CA
AMBER TERRY   Licensed in CA
JEREMY WACHTMAN   Licensed in CA

Washington OSA License 602 596 113
California DFPI License Pending

# NELSON & KENNARD

Attorneys at Law
P.O. Box 13807
Sacramento, CA 95853
(916) 920-2295
Toll Free: (866) 920-2295
Facsimile: (916) 920-0682
www.nelson-kennard.com
info@nelson-kennard.com
Office Hours: Mon – Fri 8am – 6pm (PST)
TTY Dial 711 - Connect to (916) 920-2295

**CALIFORNIA OFFICE**
5011 Dudley Blvd, Bldg. 250, Bay G
McClellan, CA 95652
**COLORADO OFFICE**
12596 N Bayaud Ave, Ste. 120
Lakewood, CO 80228
**NEW MEXICO OFFICE**
500 Marquette Ave NW Ste. 1200
Albuquerque, NM, 87102
**HAWAII OFFICE**
P.O. Box 4104
Honolulu, Hawaii 96812-4109
**NEVADA OFFICE**
4690 Kietzke Lane, Bldg. I, #204-205
Reno, NV 89502

June 6, 2022

NICHOLAS BRITT WHITE
1200 S GRAND AVE APT 550
LOS ANGELES, CA 90015-3953

|  |  |
|---|---|
| Nelson & Kennard File No.: | 22-08346-0 |
| Creditor: | Bank of America, N.A. |
| Account No. | XXXXXXXXXXXX1027 |
| Current Balance: | $2,592.15 |

Dear NICHOLAS BRITT WHITE:

This office represents Bank of America, N.A. with respect to the above-referenced matter. Our client has authorized our firm to file suit to effect collection of the balance claimed to be due. Notwithstanding, our client would appreciate the opportunity to explore an amicable resolution of the matter without litigation. If you would like to resolve this matter on a voluntary basis, please contact our office at your earliest convenience.

If legal action is commenced, judgment may be entered against you for the balance owed, together with court costs where allowed by law.

If you have any questions or wish to discuss this matter, please contact an account representative at (866) 920-2295 ext. 604.

This firm is a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. All calls are recorded and may be monitored for quality assurance.

Very truly yours,
NELSON & KENNARD

Robert Scott Kennard
Attorney at Law

This account is issued and administered by Bank of America, N.A., successor in interest to FIA Card Services, N.A.

PLS.FRM [Rev.12/08/16]

Electronically FILED by Superior Court of California, C_____ of Los Angeles on 06/14/2022 01:4o Fm. Sherri R. Carter, Exec____ Officer/Clerk of Court, by H. Chavez,Deputy Clerk

22NWLC13261

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Robert Scott Kennard, SBN 117017<br>Jeremy Wachtman, SBN 259992<br>NELSON & KENNARD                     File No. 22-08347-0<br>5011 Dudley Blvd, Bldg 250, Bay G,<br>McClellan, CA 95652<br>P.O. Box 13807, Sacramento, CA  95853<br>TELEPHONE NO.: (916) 920-2295      FAX NO. *(Optional):* (916) 920-0682<br>ATTORNEY FOR *(Name):* BANK OF AMERICA, N.A. | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
STREET ADDRESS:    12720 NORWALK BLVD.
MAILING ADDRESS:    12720 NORWALK BLVD.
CITY AND ZIP CODE:    NORWALK, CA  90650
BRANCH NAME:    SOUTHEAST DISTRICT-NORWALK COURTHOUSE-LIMITED CIVIL

CASE NAME: BANK OF AMERICA, N.A., v. NICHOLAS BRITT WHITE, Et al.

| CIVIL CASE COVER SHEET<br>[ ] Unlimited      [ X ] Limited<br>(Amount                   (Amount<br>demanded              demanded is<br>exceeds $25,000)      $25,000 or less) | Complex Case Designation<br>[ ] Counter    [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CASE NUMBER:<br>22NWLC13261<br>JUDGE:<br>DEPT: |
|---|---|---|

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation |
|---|---|---|
| [ ] Auto (22)<br>[ ] Uninsured motorist (46)<br>**Other PI/PD/WD (Personal Injury/Property**<br>**Damage/Wrongful Death) Tort**<br>[ ] Asbestos (04)<br>[ ] Product liability (24)<br>[ ] Medical malpractice (45)<br>[ ] Other PI/PD/WD (23)<br>**Non-PI/PD/WD (Other) Tort**<br>[ ] Business tort/unfair business practice (07)<br>[ ] Civil rights (08)<br>[ ] Defamation (13)<br>[ ] Fraud (16)<br>[ ] Intellectual property (19)<br>[ ] Professional negligence (25)<br>[ ] Other non-PI/PD/WD tort (35)<br>**Employment**<br>[ ] Wrongful termination (36)<br>[ ] Other employment (15) | [ ] Breach of contract/warranty (06)<br>[ X ] Rule 3.740 collections (09)<br>[ ] Other collections (09)<br>[ ] Insurance coverage (18)<br>[ ] Other contract (37)<br>**Real Property**<br>[ ] Eminent domain/inverse<br>condemnation (14)<br>[ ] Wrongful eviction (33)<br>[ ] Other real property (26)<br>**Unlawful Detainer**<br>[ ] Commercial (31)<br>[ ] Residential (32)<br>[ ] Drugs (38)<br>**Judicial Review**<br>[ ] Asset forfeiture (05)<br>[ ] Petition re: arbitration award (11)<br>[ ] Writ of mandate (02)<br>[ ] Other judicial review (39) | **(Cal. Rules of Court, rules 3.400 – 3.403)**<br>[ ] Antitrust/Trade regulation (03)<br>[ ] Construction defect (10)<br>[ ] Mass tort (40)<br>[ ] Securities litigation (28)<br>[ ] Environmental/Toxic tort (30)<br>[ ] Insurance coverage claims arising from the<br>above<br>listed provisionally complex case types (41)<br>**Enforcement of Judgment**<br>[ ] Enforcement of judgment (20)<br>**Miscellaneous Civil Complaint**<br>[ ] RICO (27)<br>[ ] Other complaint *(not specified above)* (42)<br>**Miscellaneous Civil Petition**<br>[ ] Partnership and corporate governance (21)<br>[ ] Other petition *(not specified above)* (43) |

2. This case  [ ] is  [ X ] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states or countries, or in a federal court
   f. [ ] Substantial post-disposition judicial supervision

3. Remedies sought *(check all that apply):* a. [ X ] monetary   b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action *(specify):*  ONE
5. This case  [ ] is  [ X ] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: June 3, 2022

Jeremy Wachtman
(TYPE OR PRINT NAME)

▶    *(signature)*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. September 1, 2021] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400 – 3.403, 3.740;<br>Cal. Standards of Judicial Administration, std 3.10<br>www.courtinfo.ca.gov |
|---|---|---|

**BANK OF AMERICA**

P.O. BOX 15284
WILMINGTON, DE 19850

**Customer Service Information:**
www.bankofamerica.com
1.800.421.2110
TTY: 1.800.346.3178
**Mail billing inquiries to:**
Bank of America
P.O. Box 982234
El Paso TX 79998-2234
**Mail payment to:**
Bank of America
P.O. Box 15019
Wilmington DE 19886-5019

NICHOLAS BRITT WHITE
1200 S GRAND AVE APT 550
LOS ANGELES CA 90015-3953

September 6 - October 5, 2020
Account#          6781

## Account Summary

| | |
|---|---|
| Previous Balance | $3,923.21 |
| Payments and Other Credits | $0.00 |
| Purchases and Adjustments | $0.00 |
| **Fees Charged** | **$0.00** |
| **Interest Charged** | **$65.79** |
| New Balance Total | $3,989.00 |
| Total Credit Line | $3,100.00 |
| Total Credit Available | $0.00 |
| Cash Credit Line | $410.00 |
| Portion of Credit Available for Cash | $0.00 |
| Statement Closing Date | 10/05/2020 |
| Days in Billing Cycle | 30 |

## Payment Information

| | |
|---|---|
| New Balance Total | $3,989.00 |
| Current Payment Due | $105.00 |
| Past Due Amount | $895.00 |
| Total Minimum Payment Due | $1,000.00 |
| Payment Due Date | 11/02/2020 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to **$39.00** and your APRs may be increased up to the Penalty APR of **29.99%**.
**Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the Total Minimum Payment | 15 years | $8,151.00 |

**If you would like information about credit counseling services, call 866.300.5238.**

‍⌐781

BANK OF AMERICA
P.O. BOX 15019
WILMINGTON DE 19886-5019

Account Number:          6781

| | |
|---|---|
| New Balance Total | $3,989.00 |
| Total Minimum Payment Due | $1,000.00 |
| Payment Due Date | 11/02/2020 |

NICHOLAS BRITT WHITE
1200 S GRAND AVE APT 550
LOS ANGELES CA 90015-3953

Enter payment amount    $

*For change of address/phone number, see reverse side.*
*Make your payment online at www.bankofamerica.com or*
**Mail this coupon along with your check payable to: Bank of America**

⌐ 7�Ȝ ₁ıı⊪

ROBERT SCOTT KENNARD    Licensed in CA, WA, and DC
JAMIE FORBES    Licensed in CA and OR
JOHN GORDON    Licensed in CA
MARVIN DANG    Licensed in HI
JASON OLIVER    Licensed in HI
CHRISTOPHER E. MUMM    Licensed in NV and CA
GLORIA ZARCO    Licensed in CA
RENEE FURUTA-BARNUM    Licensed in HI
MICHELLE P. HANNA    Licensed in CO
BENJAMIN METTIAS    Licensed in CA
JANSHER RASA    Licensed in CA
CHRISTOPHER N. DANNA    Licensed in CA
AMBER TERRY    Licensed in CA
JEREMY WACHTMAN    Licensed in CA

Washington OSA License 602 596 113
California DFPI License Pending

# NELSON & KENNARD

Attorneys at Law

P.O. Box 13807
Sacramento, CA 95853
(916) 920-2295
Toll Free: (866) 920-2295
Facsimile: (916) 920-0682
www.nelson-kennard.com
info@nelson-kennard.com
Office Hours: Mon – Fri 8am – 6pm (PST)
TTY Dial 711 - Connect to (916) 920-2295

**CALIFORNIA OFFICE**
5011 Dudley Blvd, Bldg. 250, Bay C
McClellan, CA 95652
**COLORADO OFFICE**
12596 W Bayaud Ave, Ste. 170
Lakewood, CO 80228
**NEW MEXICO OFFICE**
500 Marquette Ave NW Ste. 1200
Albuquerque, NM, 87102
**HAWAII OFFICE**
P.O. Box 4109
Honolulu, Hawaii 96812-4109
**NEVADA OFFICE**
4600 Kietzke Lane, Bldg. I,#204-205
Reno, NV 89502

June 6, 2022

NICHOLAS BRITT WHITE
1200 S GRAND AVE APT 550
LOS ANGELES, CA 90015-3953

|  |  |
|---|---|
| Nelson & Kennard File No.: | 22-08347-0 |
| Creditor: | Bank of America, N.A. |
| Account No. | XXXXXXXXXXXXX6781 |
| Current Balance: | $3,989.00 |

Dear NICHOLAS BRITT WHITE:

This office represents Bank of America, N.A. with respect to the above-referenced matter. Our client has authorized our firm to file suit to effect collection of the balance claimed to be due. Notwithstanding, our client would appreciate the opportunity to explore an amicable resolution of the matter without litigation. If you would like to resolve this matter on a voluntary basis, please contact our office at your earliest convenience.

If legal action is commenced, judgment may be entered against you for the balance owed, together with court costs where allowed by law.

If you have any questions or wish to discuss this matter, please contact an account representative at (866) 920-2295 ext. 604.

This firm is a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. All calls are recorded and may be monitored for quality assurance.

Very truly yours,
NELSON & KENNARD

Robert Scott Kennard
Attorney at Law

This account is issued and administered by Bank of America, N.A., successor in interest to FIA Card Services, N.A.

PLS.FRM [Rev. 12/08/16]

EJ-100

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address and State Bar number):
Recording requested by and return to:

Amber Terry, SBN 804764
NELSON & KENNARD     File No. 22-08347-0
5011 Dudley Blvd, Bldg 250, Bay G
McClellan, CA  95652

TEL NO.: (916) 920-2295   FAX NO. (optional): (916) 920-0682

| ☒ ATTORNEY | ☒ JUDGMENT | ☐ ASSIGNEE OF |
| FOR | CREDITOR | RECORD |

**SUPERIOR COURT OF CALIFORNIA,** COUNTY OF LOS ANGELES
STREET ADDRESS: SUPERIOR COURT OF CALIFORNIA
MAILING ADDRESS: 12720 NORWALK BLVD.
CITY AND ZIP CODE: NORWALK, CA  90650
BRANCH NAME: SOUTHEAST DISTRICT-NORWALK
COURTHOUSE-LIMITED CIVIL

FOR RECORDER'S USE ONLY

PLAINTIFF:     Bank of America, N.A.

DEFENDANT:    NICHOLAS BRITT WHITE, et al.

CASE NUMBER:
22NWLC13261

| **ABSTRACT OF JUDGEMENT – CIVIL** ☐ **Amended** | FOR COURT USE ONLY |
| **AND SMALL CLAIMS** | |

1. The  ☒  judgment creditor   ☐ assignee of record
applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
                    Name and last known address

   NICHOLAS BRITT WHITE

   1200 S Grand Ave Apt 550

   Los Angeles, California  90015-3953

   b. Driver's license no. [last 4 digits] and state:        ☒ Unknown
   c. Social security no [last 4 digits]: ***-**-9057        ☐ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to d.
   Summons or notice of entry of sister-state judgment was personally served or mailed to (name
   and address):

   NICHOLAS BRITT WHITE  , 1200 S Grand Ave Apt 550, Los Angeles, California  90015-3953
2. [   ] Information on additional judgment debtors is   4. ☐  Information on additional judgment creditors is
   shown on page 2.                                          shown on page 2.
3. Judgment creditor (name and address):                 5. ☐  Original abstract recorded in this county:
Bank of America, N.A.                                        a. Date:
                                                             b. Instrument No.:
c/o NELSON & KENNARD P.O. Box 13807, Sacramento, CA
95853
**Date: December 16, 2022**
   Amber Terry                          ▶
_____
(TYPE OR PRINT NAME)                              (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:   10. ☐ An  ☐ execution lien  ☐ attachment lien
   $ 4,303.27                                                 is endorsed on the judgment as follows:
7. All judgment creditors and debtors are listed on this abstract.    a. Amount: $
8. a. Judgment entered on (date): August 3, 2022             b. In favor of (name and address):
   b. Renewal entered on (date):

9. ☐ This judgment is an installment judgment.            11. A stay of enforcement has
[SEAL]                                                       a. ☒ not been ordered by the court.
                                                             b. ☐ been ordered by the court effective until
                                                                (date):
                                                          12. a. ☒ I certify that this is a true and correct abstract of
Sherri R. Carter Executive Officer / Clerk of Court             the judgment entered in this action.
                                                             b. ☐ A certified copy of the judgment is attached.
This Abstract issued on (date):
12/28/2022                         Clerk, by   C. Nash      , Deputy

Form Adopted for Mandatory Use        **ABSTRACT OF JUDGMENT – CIVIL**     Page 1 of 2
Judicial Council of California                                              Code of Civil Procedure, §§ 488.480,
EJ-001 [Rev. July 1, 2014]            **AND SMALL CLAIMS**                  674, 700.190

# EXHIBIT 8

22VECV01173

Electronically FILED by Superior Court of California, County of Los Angeles on 02/23/2022 06:00 PM Sherri R. Carter, Executive Officer/Clerk of Court, by A. Salcedo, Deputy Clerk

1   Arden D. Burstein, SBN 175309
    VANLOCHEM & ASSOCIATES LLP
2   6565 Sunset Blvd., Suite 412
    Hollywood, CA 90028
3   Phone: (323) 993-0500
    Fax: (323) 993-0501
4   Email: aburstein@vandc.net
    Attorneys for Plaintiff, ALLY BANK LEASE TRUST,
5   an association

6

                    SUPERIOR COURT OF THE STATE OF CALIFORNIA
7
                           COUNTY OF LOS ANGELES
8
                              (VAN NUYS DISTRICT)
9

10   ALLY BANK LEASE TRUST, an              CASE NO.
     association
11
                         Plaintiff,
12                                          COMPLAINT FOR CLAIM AND DELIVERY
     vs.                                    OF PERSONAL PROPERTY, FOR PRE-
13                                          TRIAL WRIT OF POSSESSION, AND
     ERIKA WHITE, an individual; DOES 1     ORDER DIRECTING TRANSFER OF
14   through 10, inclusive,                 PERSONAL PROPERTY AND
                                            RESTRAINING ORDER
15                       Defendants.

16

17

18

19        For a cause of action against defendants, and each of them, plaintiff ALLY

20   BANK LEASE TRUST, an association (hereinafter referred to as "Plaintiff"),

21   complains and alleges as follows:

22                  **CLAIM AND DELIVERY OF PERSONAL PROPERTY**

23                           **(Against All Defendants)**

24        1.    At all times herein mentioned, Plaintiff was and now is an

25   association, and was and now is duly qualified to do business in the State of

26   California.

27        2.    Defendant DOES 1 through 10, inclusive, are sued herein under such

28   fictitious names for the reason that their true names and capacities are unknown

                                      -1-
                        COMPLAINT FOR CLAIM AND DELIVERY

Exhibit A

ZARFAMAN4K7606474          2019 ALFA          8LMA520

## STATE OF CALIFORNIA
### CERTIFICATE OF TITLE

X211908192 4

VEHICLE HISTORY

AUTOMOBILE

| VEHICLE ID NUMBER | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|
| ZARFAMAN4K7606474 | 2019 | ALFA | 8LMA520 |

| BODY TYPE MODEL | AX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|---|---|---|
| 4D | | | G | | NONE | 07/08/2020 |

| YR 1ST SOLD | CLASS | YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|
| 2019 LD | | AH | | | 08/19/19 |

MOTORCYCLE ENGINE NUMBER

| ODOMETER DATE | ODOMETER READING |
|---|---|
| 07/02/2019 | 26 MI |

ACTUAL MILEAGE

REGISTERED OWNER(S):

VAULT FOR ALLY OR COLT LSR
WHITE ERIKA LSE
210 CATHEDRAL COVE APT 16
CAMARILLO CA 93012

- - - - -

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a. _____ X _____
    DATE          SIGNATURE OF REGISTERED OWNER

1b. _____ X _____
    DATE          SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [_|_|_],[_|_|_] (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased

WARNING  ☐ Odometer reading is not the actual mileage ☐ Mileage exceeds the odometer mechanical limits

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | TRANSFEREE/BUYER SIGNATURE | DATE | TRANSFEREE/BUYER SIGNATURE |
|---|---|---|---|
| X | | X | |

### IMPORTANT READ CAREFULLY
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days

LIENHOLDER(S)

ALLY FNCL
PO BX 8128
COCKEYSVILLE
MD 21030

2. X _____
Signature releases interest in vehicle  (Company names must be countersigned)

Release Date _____

011779

CA191216353

REG. 17.30RS (REV 02/2016)

VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW.

KEEP IN A SAFE PLACE - VOID IF ALTERED

*Exhibit B*

# J.D. POWER

8/8/2022

J.D. POWER Used Cars/Trucks

## Vehicle Information



| | |
|---|---|
| Vehicle: | 2019 Alfa Romeo Giulia Sedan 4D Sport 2.0L I4 Turbo |
| Region: | California |
| Period: | August 8, 2022 |
| VIN: | ZARFAMAN4K7606474 |
| Mileage: | 52,500 |

## J.D. POWER Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| Monthly Trade-In Average | $26,975 | N/A | N/A | $26,975 |
| Clean Retail | $32,225 | N/A | N/A | $32,225 |

Exhibit C

# EXHIBIT 9

# BILL OF LADING

Page ___1___

Date 10/31/2020

**SHIP FROM**

Name: Kraft Heinz Food Company c/o F

Address: 1301 Heinz Cove

City/State/Zip: Fremont, OH 43420

SID#: _____  FOB ☐

**SHIP TO**

Name: BAUGH SOUTH COOPERATIVE PDC(distribution #

Address: 12421 NW 117th St

City/State/Zip: ALACHUA, FL 32615

CID#: _____  FOB ☐

**THIRD PARTY FREIGHT CHARGES BILL TO**

Name: _____

Address: _____

City/State/Zip: _____

**SPECIAL INSTRUCTIONS**

CHEP OUT: 0 PECO OUT: 22 GMA OUT:

0 KPHT OUT: 0 TTL WGT: 0 _____

Bill of Lading Number: ____2059442750____

2059442750

CARRIER NAME: COYOTE

Trailer number: 534061 CLLQ COYOTE

Seal number(s):     532047

SCAC: CLLQ

Pro number: _____D101_____

**CARRIER INSTRUCTIONS**

COLD WEATHER NOTICE: 1015 to 0415, shipment is susceptible to freezing if exposed to freezing temperatures for prolonged periods. If shows is encountered or anticipated, contact shipper for instructions.

Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)*

| Prepaid X | Collect | 3rd Party |

☐ Master Bill of Lading: with attached underlying (check box) Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 03334870 | 1848 | 40977 | Y | 5770474041 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| **GRAND TOTAL** | 1848 | 40977 |  |  |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE |  |  |  | NMFC# | CLASS |
| 22 | PLT | 1848 | CSES |  40977 |  | Class 00 Food Stuffs |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
| 22 |  | 1848 |  | 40977 |  | **GRAND TOTAL** |  |  |

NOTE Liability limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

COD Amount: $ _____

Fee Terms: Collect: ☐  Prepaid: ☐

Customer check acceptable: ☐

DROP TRAILERS SUBJECT TO COUNT & INSPECTION

Seal #: 532047

Intact? Yes or No

**SHIPPER SIGNATURE / DATE**

10-31-2020

**CARRIER SIGNATURE / PICKUP DATE**

US Bank Freight Payme Addr: Kraft Heinz Foods Co. c/o US Bank PO Box 3001,Naperville,IL 60566-7001 .For Claims call 1 800 228-6374

WILEY SANDERS TRUCK LINES, INC.
POST OFFICE DRAWER 757
TROY, ALABAMA 36081
(334) 566-5181


Wiley Sanders
Truck Lines, Inc.

| SHIP DATE | INVOICE DATE | INVOICE NUMBER |
|---|---|---|
| 10/31/20 | 11/05/20 | 2540237 |

CONSIGNEE
SPSAL
SYSCO- BAUGH SOUTH COOPER
1242 NW 173RD STREET
ALACHUA, FL 32615

SHIP TO
WILEY SANDERS TRUCK LINES
P.O. BOX 757
TROY, AL 36081

ORDER # 2372701

HFFR1
HEINZ FOOD
1301 HEINZ DR.
FREMONT, OH 43420

CIAL4
COYOTE LOGISTICS
960 NORTH PT PKWY
SUITE 150
ALPHARETTA, GA 30005

| BILL OF LADING NUMBER | MILES | TRACTOR NO | TRAILER NO |
|---|---|---|---|
| 21200590 | 953 | 763 | 634361 |

WILL1   WILLIAMS ISAAC

| PIECES | DESCRIPTION OF ARTICLES | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|
| | FREIGHT ALL KINDS | 45500 | | |
| | FLAT RATE | 953 | 1900 | 2,368.93 |
| | FUEL SURCHARGE | | | 181.07 |

PAY THIS
AMOUNT      2,550.0

1  KATHRYN B. MILSTEAD, ESQ., BAR NO. 119553
   MARY G. LEE, ESQ., BAR NO. 170648
2  IVANJACK & LAMBIRTH
   A Partnership Including
3     Professional Corporations
   12301 Wilshire Boulevard, Suite 600
4  Los Angeles, California  90025-1000
   Telephone No.:  (310) 820-7211
5
   Attorneys for Plaintiff
6  BANK OF AMERICA N.T. & S.A.

7

**FILED**
LOS ANGELES SUPERIOR COURT

JUL 2 9 1997

JOHN A. CLARKE, CLERK
*oompkdu*
BY S. L. MCGOWAN, DEPUTY

8            SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                FOR THE COUNTY OF LOS ANGELES

10                                        BC175378

11  BANK OF AMERICA N.T. & S.A., a   )  CASE NO.
    national bank, successor by merger)
12  to Security Pacific National Bank,)  **COMPLAINT FOR:**
                                     )  **(1)   SPECIFIC PERFORMANCE OF**
13           Plaintiff              )  **PROVISIONS OF DEED OF TRUST**
                                     )  **AUTHORIZING BENEFICIARIES TO**
14  v.                               )  **TAKE POSSESSION AFTER DEFAULT**
                                     )  **AND APPOINTMENT OF RECEIVER**
15  LEON LANDVER and YANA LANDVER    )  **TO COLLECT RENTS, ISSUES AND**
    individually, and as Trustees of )  **PROFITS;**
16  the Landver Family Trust; MICHAEL )  **(2) JUDICIAL FORECLOSURE; AND**
    LANDVER, an individual; VERA     )  **(3) INJUNCTIVE RELIEF**
17  LANDVER, an individual; and DOES 1)
    through 100, inclusive,          )
18                                    )
             Defendants.             )
19  _____ )

20

21            FIRST CAUSE OF ACTION FOR SPECIFIC

22      PERFORMANCE OF DEED OF TRUST AND ASSIGNMENT

23         OF RENTS AND FOR APPOINTMENT OF RECEIVER

24                (Against All Defendants)

25      1.   Plaintiff, Bank of America, N.T. & S.A.

26  (hereinafter "Plaintiff"), at all times herein, was, and now is, a

27  national bank organized and existing under the laws of the United

28  States of America.  Plaintiff is the successor by merger to

                          - 1 -

Order
Number 8848380  Loan Number LAN  R

RECORDING REQUESTED BY
ORDED AT THE REQUEST OF CONTINENTAL LAND TITLE CO.

89  481008

WHEN RECORDED, PLEASE MAIL TO

SECURITY PACIFIC NATIONAL BANK
P.O. BOX 6012
CYPRESS, CA. 90630-6012
Attention: NEW LOAN BOOKING UNIT B4-63

RECORDED IN OFFICIAL RECORDS
OF LOS ANGELES COUNTY, CA

MAR 29 1989   AT 8 A.M.

Recorder's Office

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# Deed of Trust
### With Assignment of Rents

FEE $13   C
5

THIS DEED OF TRUST, made this............22ND............day of........................MARCH........................, 1989,

between................LEON LANDVER AND YANA LANDVER, HUSBAND AND WIFE, AND MICHAEL LANDVER AND

VERA LANDVER, HUSBAND AND WIFE................................................................, as TRUSTOR,

whose address is.....1151 W. 6TH STREET, LOS ANGELES, CALIFORNIA   90017............,
　　　　　　　　　　　(Number and Street)　　　　　　　　　(City)　　　　　　　　(State)

Equitable Deed Company, a California corporation, as TRUSTEE, and

SECURITY PACIFIC NATIONAL BANK, a National Banking Association, as BENEFICIARY,

WITNESSETH: That Trustor irrevocably GRANTS, TRANSFERS and ASSIGNS to TRUSTEE IN TRUST,
WITH POWER OF SALE, the property in............LOS ANGELES........................County, California, described as:

AS PER EXHIBIT "A" ATTACHED HERETO AND MADE A  PART HEREOF.

including all appurtenances, all easements used in connection therewith, all water and water rights (whether riparian, appropriative, or otherwise, and whether or not appurtenant) used in connection therewith, all shares of stock evidencing the same, pumping stations, engines, machinery, and pipes, TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the assignment, as hereinafter set out, to Beneficiary of the rents, issues and profits; and also including as part of said property all fixtures and equipment now or hereafter thereto attached or thereon situated and intended or designed for use in connection therewith.

FOR THE PURPOSE OF SECURING (1) Payment of the sum of $507,000.00................with interest thereon according to the terms of a promissory note or notes of even date herewith,

made by Trustor, payable to order of Beneficiary, and extensions or renewals thereof; (2) Performance of each agreement of Trustor herein contained; (3) Payment of any and all obligations now or hereafter owing from any Trustor hereunder to Beneficiary and secured by

022210  6-86  PS

8848380-83

EXHIBIT  2

89  481008

5

# EXHIBIT 10



Via E-Mail: ceo@thehollywoodlanddevelopmentcompany.com

September 19, 2018


Nicholas Phipps
Chairman and CEO
The Hollywood Land Development
Company, LLC
(415) 539-6760

*Re:   Sovereign Tower | Stakeholders*

Dear Mr. Phipps:

You have been told several times that I do not represent you.  I put a massive amount of time into this but, I am out of the case.  Please remove my name out of the distribution list.

With kind regards,



THOMAS V. GIRARDI
TVG:kc

1126 WILSHIRE BOULEVARD • LOS ANGELES, CALIFORNIA • 90017-1904
TELEPHONE: 213-977-0211 • FACSIMILE: 213-481-1554
WWW.GIRARDIKEESE.COM

GIRARDI | KEESE

LAWYERS

Via E-Mail:  ceo@thehollywoodlanddevelopmentcompany.com;
          Sovereigntower1@thesovereigntowers.com;
          themanagingdirector@thesovereigntowers.com

June 30, 2020

Nicholas Phipps White
Mary Phipps White
The Hollywood Land Development Company
The Offices of the Sovereign Tower I
Stakeholders
324 South Beverly Drive, Suite 489
Beverly Hills, CA 90212

**Re:  Withdrawal**

Dear Mr. & Mrs. Phipps White:

I have made a decision that I no longer want to be involved in any way with the claim by
Nicholas Phipps White, Mary Phipps White and the Hollywood Land Development
Company.  I will not discuss the reasons for my withdrawal.  This also withdraws any
claim for legal services previously discussed.

With kind regards,

THOMAS V. GIRARDI

TVG:sf

GIRARDI | KEESE
LAWYERS

March 3, 2020

*Via Email:*  *ceo@thehollywoodlanddevelopmentcompany.com;*
*sovereigntower1@thesovereigntowers.com;*

Nicholas Phipps White
The Hollywood Land Development Co.
324 South Beverly Drive, Suite 489
Beverly Hills, CA   90212

My dear pal:

I truly believe I can move some mountains if I had a copy of the President's note. If you
are worried about who I show it to, I will get permission from you to each person. I do
not have a relationship with the Attorney General, but I do have a relationship with
several in his staff who are very high up. I also do not believe the trustees have been
informed of the President's request. I will continue to do everything I can to get the
family paid.

Mary raised one other issue concerning the fire funds. I have no responsibility for
leadership in that case, but I spoke to the leaders. Nobody was of the view to take
Hollywood's money and give it to other victims. It would be totally absurd to want to
take someone else's money. Everyone said that. Please give my request a little thought.
I truly am here to help.

With kind regards,

TOM

/sf

1126 WILSHIRE BOULEVARD • LOS ANGELES, CALIFORNIA • 90017-1904
TELEPHONE: 213-977-0211 • FACSIMILE: 213-481-1554
WWW.GIRARDIKEESE.COM

# Who they were: Victims of the deadliest California wildfire

June 16, 2020



SAN FRANCISCO (AP) — Pacific Gas & Electric pleaded guilty Tuesday to killing 84 of the 85 victims of a 2018 wildfire in Northern California. A report released by the Butte County district attorney listed the names of all but two who have not been identified and how they died.

————

Joyce Acheson, 78, of Paradise, was found inside her home. She had limited mobility and lived in an area closed off to public access, preventing any caregiver from getting to her.

Herbert Alderman, 80 of Paradise, had a severely sprained ankle that limited his mobility at the time of the fire. He made several phone calls to friends seeking rescue but was found inside his home.

Teresa Ammons, 82, of Paradise, died attempting to flee the fire. She was found outside her trailer with her purse nearby.

Rafaela Andrade, 84, of Paradise, needed a walker to get around and did not have the ability to evacuate on her own. She was found inside her home.

Carol Arrington, 88, of Paradise, was found inside her home.

Julian Binstock, 88, of Paradise, was found with the remains of his dog in the shower of his home.

David Bradburd, 70, of Paradise, was near a power line knocked down by the fire outside his home.

Cheryl Brown, 75, of Paradise, was found in a recliner next to her husband, Larry Brown.

Larry Brown, 72, of Paradise, was found in a recliner next to his wife, Cheryl Brown.

Richard Brown, 74 of Concow, was found outside his home under his pickup truck, where he tried to hide from the fire.

Andrew Burt, 36 of Paradise, was found just outside the front passenger side door of a minivan with his dog. He was trying to escape in the minivan when it was overcome by flames. Three other vehicles with the remains of four other victims were nearby.

Joanne Caddy, 75, of Magalia, was found inside her home.

Barbara Carlson, 71, of Paradise, was found inside her home. Her remains were commingled with those of her sister, Shirley Haley.

Vincent Carota, 65, of Paradise, a partial leg amputee who did not have a vehicle, was found inside his home.

Dennis Clark, Jr., 49, of Paradise, was found in the passenger seat of a car with his mother Joy Porter in the driver's seat. Their car was in a line of three other vehicles with remains inside.

# Investment Adviser Firm Summary

DEVON INVESTMENT ADVISORY

CRD#: 300425 SEC#:801-114850
DEVON INVESTMENT ADVISORY, LLC
5847 SAN FELIPE STREET, SUITE 4550 HOUSTON, TX 77057 United States
Phone: 713-893-0733

* Web Presence and Social Media
REGISTRATION STATUS

| SEC / JURISDICTION | REGISTRATION STATUS | EFFECTIVE DATE |
|---|---|---|
| Registered | APPROVED | 2019-03-19 |
| NOTICE FILINGS | | |

Investment adviser firms registered with the SEC may be required to provide to state securities authorities a copy of their Form ADV and any accompanying amendments filed with the SEC. These filings are called "notice filings". Below are the states with which the firm you selected makes its notice filings. Also listed is the date the firm first became notice filed or registered in each state.

| JURISDICTION | EFFECTIVE DATE |
|---|---|
| CA | 2019-04-15 |
| DE | 2019-04-15 |
| FL | 2019-04-30 |
| GA | 2019-04-30 |
| IL | 2019-04-16 |
| IN | 2019-04-15 |
| LA | 2019-04-15 |
| MD | 2019-04-15 |
| MI | 2019-04-15 |
| MN | 2019-04-15 |
| MO | 2019-04-30 |
| NV | 2019-04-30 |
| NY | 2019-04-30 |
| OH | 2019-04-30 |
| PA | 2019-04-30 |
| TX | 2019-03-19 |

# Investment Advisors Employed

Individual Agent List

**EXHIBIT 11**

FILED
CLERK, U.S. DISTRICT COURT

1/31/2023

CENTRAL DISTRICT OF CALIFORNIA
BY ___ vav ___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

March 2022 Grand Jury

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

THOMAS VINCENT GIRARDI and
CHRISTOPHER KAZUO KAMON,

      Defendants.

CR No.  2:23-cr-00047-JFW

I N D I C T M E N T

[18 U.S.C. § 1343: Wire Fraud; 18
U.S.C. § 981(a)(1)(C) and 28
U.S.C. § 2461(c): Criminal
Forfeiture]

The Grand Jury charges:

COUNTS ONE THROUGH FIVE

[18 U.S.C. §§ 1343, 2(a)]

A.   INTRODUCTORY ALLEGATIONS

    1.   At times relevant to this Indictment:

       a.   Defendant THOMAS VINCENT GIRARDI was a resident of
Pasadena, California.

       b.   Defendant GIRARDI was an attorney licensed to practice
law in the State of California.

       c.   Defendant GIRARDI was the 100 percent owner and
managing partner of Girardi Keese, a law firm located in Los Angeles,
California, that primarily represented plaintiffs in personal injury



HOME    REALITY TV SHOWS    HOT PHOTOS    EXCLUSIVE

STATE OF CALIFORNIA
**FRANCHISE TAX BOARD**
Sacramento CA 95812-2952

*And When Recorded Mail to*

Special Procedures Section
PO BOX 2952
Sacramento CA 95812-2952

RECORDER'S OFFICE
LOS ANGELES COUNTY
CALIFORNIA

# 20220990918
10/17/2022 08:04:00
$0.00



## Notice of State Tax Lien

Filed With:    LOS ANGELES

Certificate Number:    22287683127

The Franchise Tax Board of the State of California hereby certifies that the following named taxpayer(s) is liable under parts 10 or 11 of Division 2 of the Revenue and Taxation Code to the State of California for amount due and required to be paid by said taxpayer(s) as follows:

Name of Taxpayer(s)    THOMAS V GIRARDI
ERIKA N GIRARDI

FTB Account Number    : 1106622649

Social Security Number(s)    : XXX-XX-5134  XXX-XX-5951

Last Known Address    : 1126 WILSHIRE BLVD
: LOS ANGELES CA 90017-1904

For Taxable Years    : 2019

scribed by law until paid, that the Franchise Tax Board of the State of
ts 10 or 11 of Division 2 of the Revenue and Taxation Code of the State
d assessing the tax, the said amounts are due and payable and have
d rights to such property now owned or later acquired by the taxpayer

d of the State of California has duly authorized the undersigned to

FRANCHISE TAX BOARD
of the State of California

Telephone Number: (916) 845-4350

By

✕

(✕)

Craig A. Harbaugh (Bar. No. 194309)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
E-Mail: Craig_Harbaugh@fd.org
Telephone: (213) 894-4740

FILED
CLERK, U.S. DISTRICT COURT

FEB - 6 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF | 2:23-cr-00047-JLS-1 |
| v. | |
| THOMAS VINCENT GIRARDI | DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS |
| DEFENDANT. | |

I, Robert Girardi _____, declare that

*(Defendant/Material Witness)*

☐  I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☐  I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☑  I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☐  My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _____ 6 _____ day of ___ FEB ___, 20 2 3
at _____

*(City and State)*

_____  Conservator for
*Signature of Defendant/Material Witness*   Thomas Girardi

If the declarant is not an English speaker, include the following:

I, _____, am fluent in written and spoken English and _____
languages. I accurately translated this form from English into _____
to declarant _____ on this date.

Date: _____
_____
*Interpreter*

CR-37 (05/15)          DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS



## PHIPPS

March 22, 2022



The Honorable Merrick Garland, Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530, c/o: Attorney General's Chief-of-Staff, Mr. Matthew B. Klapper

REQUEST FOR WRITTEN CONFIRMATION OF PRINTING OF TREASURY CHECK FOR SOVEREIGN
TOWERS SETTLEMENT $27,829,774,612 FOR PRO SE CLAIMANT NICHOLAS PHIPPS WHITE (TORT
ADMINISTRATIVE CLAIMS #164222575, #164222576, #164222577)

Dear Attorney General Garland,
Thank you for your service to the American people. As you are aware, I have contacted the U.S. Department of
Justice for the reprinting of my U.S. Treasury check as early as April 26, 2021.The Bureau of Fiscal Services will
confirm that my U.S. Treasury Check, in the amount of **$27,829,774,612 USD** on or about February 26, 2021 was
deposited into the Merrill Lynch global account number #649-13284 that was mis-titled *The Palm Beach County
Sheriff's Office for the Benefit of Nicholas Phipps White* by a fraudulent, fabricated person posing on my wife
called "Erika White" who presented fraudulent Letters of Administration from Los Angeles County Superior
Court, where a convoluted scheme and false narrative since 2018 in an attempt to legitimize herself as my alleged
wife, evidenced in the fraudulent divorce proceedings in Erika White v. Nicholas White, Case No. 18STFL10165
(please *see* "Exhibit A."). On February 26, 2021, not only did the U.S. Department of Justice release my U.S.
Treasury check to disgraced Tom Girardi posing as my father as the U.S. government's representative, but also to
his wife, an actress, Erika N. Girardi, who had presented fraudulent Letters of Administration as "Erika White"
endorsed my U.S. Treasury check as my Administrator, on behalf of the Estate of Nicholas White, deceased. The
facts are, since May 2020 both DOJ and Bank of America had been being provided copies for my wife and I of our
will, California driver licenses, powers of attorney designating my actual wife, Mirga Phipps White MBA, and the
Stipulation For Compromise Settlement and Release Agreement, as agreed upon by the U.S. government, clearly
stipulated that my wife or I, are the only two individuals authorized to pick-up my U.S. Treasury check.

However, on February 26, 2021, despite all U.S. government agencies reporting me as living and the U.S.
Attorney's Offices of the Central District of California aware I was in Washington, DC that day awaiting for
receipt of my check, DOJ and Bank of America still recognized the illegitimate Letters of Administration from a
fraudulent "Erika White" claiming that I have no will and I am deceased. Although disbarred attorney Tom Girardi
may claim he was at a doctor's appointment on February 26, 2021 with forensic psychiatrist Dr. Nathan Lavid of
Long Beach, CA, Girardi's travel advisor Amber Ringler of En Route Travel of Pacific Palisades, CA, among
others, will confirm the Girardi was in Washington, DC on February 26, 2021. Furthermore, the fact that the U.S.
Department of Justice would have granted disgraced attorney Tom Girardi, a DOJ clearance to serve as U.S.
government contractor at $670 an hour, with knowledge of a fraudulent Italian passport claiming he is my father,
is a clear conflict of interest and ethics. Even an interim clearance with Tom Girardi's Social Security Number:
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 would have confirmed that he immigrated to the U.S. in 1954 from Italy, with now expired papers.
Many believe Girardi poses a national security risk, with his disregard for U.S. laws and the more than 500
reported Victims of Tom Girardi. Whereby, his passport fraud was recently reported to the U.S. Department of
Homeland Security, the Department of State and the Italian Consulate in San Francisco.

Additionally, we have determined that the more than 35 VISA debit cards holders have been accessing the
proceeds deposited in the Merrill Lynch account #649-13284 from a fraudulent life insurance policy from
Berkshire Hathaway Life Insurance Company of Nebraska issued to an "Erika White" fraudently posing as my
wife that was written on me by Devon Investment Authority's Susan R. Bowersox, with offices in the Bank of
America Building in San Francisco, CA, from July 28, 2020 which abruptly shuttered on March 12, 2021 just as
you started your term as Attorney General. Devon is a company that I never retained for any services on my
Merrill Lynch account or whatsoever (please *see* "Exhibit B"). The insurance fraud by the Administrator "Erika
White" and the more than 35 Visa debit card holders who participated in this scheme was reported yesterday to the
Berkshire Hathaway Life Insurance Company of Nebraska, whose Chairman and CEO Warren Buffett is copied
today, as is Bank of America, who are currently in default.



PHIPPS

Please note, before your confirmation by the U.S. Senate Judiciary Committee on March 10, 2021, I made multiple attempts to pick-up my Treasury Check but the DOJ also prohibited my father, Mr. Lawrence Phipps White, who serves as the Sovereign Towers Managing Director, and my actual wife, Mrs. Mirga Phipps White MBA and Power-of-Attorney, to pick-up my U.S. Treasury check on November 13, 2020 (please *see* "Exhibit B"). Additionally, on January 13, 2021, while in Washington, DC, I attempted to pick up my U.S. Treasury check with Tammy Reno at the EOUSA with attorney Alan Burch, formerly with the U.S. Attorney's Offices in Washington, DC, whereby it was promised that both a written confirmation and call from DOJ was to take place, which neither did occur. However, the only phone call we received was from Donald S. Burris (California Bar No. 68523) a substitute Judge in Los Angeles of Burris, Schoenberg and Walden, LLP, whereby, Richard E. Walden (California Bar No. 108646), who is a trust/estate attorney and substitute Judge in Los Angeles left to join Hymes, Schreiber & Walden. During this phone call, Burris threatened to fatally harm us, if we reported their involvement in drafting the fraudulent trust documents to the California Bar.

In closing, I kindly request that the U.S. Department of Justice provide a written confirmation to ceo@thehollywoodlanddevelopmentcompany.com by Thursday, March 24, 2022 by 12 Noon ET or that DOJ as required by U.S. law, has initiated the Bureau of Fiscal Service's Fraud Package containing SF 1133 (please *see* "Exhibit D") to be sent to me at the address below or for a good date and time during the week of March 28, 2022 for the U.S. Treasury check in the settled amount of $27,829,774,612 USD payable to Pro Se Claimant, Nicholas Phipps White, in my U.S. social security number to be ready for me and former Ambassador and former Governor of Virginia Jim Gilmore, to pick up at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530 c/o: Chief-of-Staff, Mr. Matthew Klapper, phone: (202) 514-2001.

Again, to date I have not received one dollar of benefit from the U.S. Treasury Check $27,829,774,612 USD which has been properly reported stolen to the issuing agency. I sincerely look forward to hearing from DOJ to resolve this matter.

Respectfully submitted,

Mr. **Nicholas Phipps White** (Pro-Se Claimant)
Chairman and CEO, The Hollywood Land Development Company LLC
324 South Beverly Drive, Suite 489
Beverly Hills, CA 90212
(415) 539-6760

cc: President of the United States, Joseph R. Biden; former U.S. President Donald J. Trump; former U.S. President Barack H. Obama; His Majesty King Salman of Saudi Arabia; U.S. Treasury Secretary, Janet L. Yellen; Comptroller of the Currency Michael J. Hsu; FDIC Chairman Martin J. Gruenberg, California Attorney General Rob Bonta; Florida Attorney General Ashley Moody; Los Angeles County Sheriff Alex Villanueva; Warren E. Buffett, Berkshire Hathaway, Brian Moynihan, Bank of America; Andy Sieg, Merrill Lynch; Marriott International Chairman of the Board, Mr. J.W. Marriott; Sovereign Towers Managing Director, Lawrence Phipps White; Senate Judiciary Members;

Durbin, Richard J. (IL), *Chairman*
Leahy, Patrick J. (VT)
Feinstein, Dianne (CA)
Whitehouse, Sheldon (RI)
Klobuchar, Amy (MN)
Coons, Christopher A. (DE)
Blumenthal, Richard (CT)
Hirono, Mazie K. (HI)
Booker, Cory A. (NJ)
Padilla, Alex (CA)
Ossoff, Jon (GA)

Grassley, Chuck (IA), *Ranking Member*
Graham, Lindsey (SC)
Cornyn, John (TX)
Lee, Mike (UT)
Cruz, Ted (TX)
Sasse, Ben (NE)
Hawley, Josh (MO)
Cotton, Tom (AR)
Kennedy, John (LA)
Tillis, Thom (NC)
Blackburn, Marsha (TN)