**FRANK A. WEISER**, State Bar No. 89780
Attorney at Law
3460 Wilshire Blvd., Suite 1212
Los Angeles, California 90010
Telephone: (213) 384-6964
Facsimile: (213) 383-7368
E-Mail: maimons@aol.com

Attorney for Plaintiff
NICHOLAS WHITE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS WHITE,<br><br>    Plaintiff,<br><br>v<br><br><br>ANYWHERE REAL ESTATE, INC,,<br>et al.,<br><br>    Defendants. | Case No.: CV 22-04557-GW-SKx<br><br>**ORDER** |

The Court hereby grants the ex-parte application by the Plaintiff NICHOLAS WHITE ("Plaintiff") for an order continuing the motion to dismiss the Second Amended Complaint ("SAC") that was filed by the Defendants ANYWHERE REAL ESTATE, INC., BANK OF AMERICA CORPORATION, FIDELITY NATIONAL FINANCIAL, INC. ("Defendants"), and to amend the briefing schedule.

The hearing on the motions to dismiss [88, 90, 94] presently set for October 16, 2023 at 8:30 a.m. is continued to November 13, 2023 at 8:30 a.m., and Plaintiff's opposition to the motions shall be filed no later than October 23, 2023. The Defendants may file a reply to the opposition by November 1, 2023.

IT IS SO ORDERED

DATE: September 26, 2023

_____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE