JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 22-4557-GW-MAAx | Date | November 21, 2023 |
| Title | *Nicholas Phipps White v. Anywhere Real Estate Inc.* | | |

| | | | | | |
|---|---|---|---|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | | | | |
| Javier Gonzalez | | None Present | | N/A | |
| Deputy Clerk | | Court Reporter / Recorder | | Tape No. | |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None Present  None Present

**PROCEEDINGS:** **IN CHAMBERS - FINAL RULINGS ON DEFENDANT FIDELITY NATIONAL FINANCIAL, INC.'S MOTION TO DISMISS [88]; DEFENDANT BANK OF AMERICA'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT [90]; and DEFENDANT ANYWHERE REAL ESTATE, INC.'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT [94]**

For the reasons stated in the Court's tentative rulings on Defendants' motions to dismiss (ECF No. 104): (1) Defendant Fidelity National Fidelity, Inc.'s motion to dismiss for lack of personal jurisdiction is GRANTED; and (2) Anywhere Real Estate Inc.'s and Bank of America, N.A.'s motions to dismiss (which, pursuant to footnote 6 in the tentative ruling, would include the newly named defendants in the Second Amended Complaint) is GRANTED *without leave to amend*.

:

Initials of Preparer   JG