Frank A. Weiser (SBN 89780)
Law Offices of Frank A. Weiser
Telephone: (213) 384-6964
Facsimile   (213) 383-7368
Email:      maimons@aol.com

Attorney for Plaintiff
NICHOLAS PHIPPS WHITE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS PHIPPS WHITE, a citizen of California,<br><br>        Plaintiff,<br><br>     v.<br><br>ANYWHERE REAL ESTATE, INC., et al.<br><br>        Defendants. | Case No.  CV22-04557-GW(SK)<br><br>**NOTICE OF APPEAL** |

1

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE THAT the Plaintiff NICHOLAS PHIPPS WHITE ("Plaintiff") hereby appeals in its entirety the Order entered on November 22, 2023 and filed on November 21, 2023, granting in favor of the Defendants FIDELITY NATIONAL FINANCIAL INC., BANK OF AMERICA AND ANYWHERE REAL ESTATE INC.'s motions to dismiss Plaintiff's Second Amended Complaint without leave to amend. (Civil Docket Nos. 106 and 104), to the United States Court of Appeals for the Ninth Circuit.

DATED: December 21, 2023          LAW OFFICES OF FRANK A. WEISER

By: /s/ Frank A. Weiser
FRANK A. WEISER, Attorney
for Plaintiff NICHOLAS PHIPPS
WHITE

2